# **EXHIBIT 2**




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*Legal Division*
*70 Franklin St., Suite 600*
*Boston, Massachusetts 02110-1327*
*Tel:(617-727-3300 Ext. 1124)*
*www.mass.gov/doc*

**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

**NANCY ANKERS WHITE**
*General Counsel*

February 6, 2023

By Electronic Mail Only

Lauren Petit
David Milton
Prisoners' Legal Services of Massachusetts
50 Federal Street, 4th Floor
Boston, MA 02110
lpetit@plsma.org
dmilton@plsma.org

**RE:   Diggs, et. al. v. Mici, et. al.; USDC 22-cv-40003 (ADB); Discovery Documents**

Dear Attorneys Petit and Milton,

Enclosed, please find the additional documents as described in Defendants' January 9, 2023 Response to Plaintiffs' Request for Production of Documents, but withheld pending execution of the Protective Order. Defendants also reserve the right to supplement their responses to these documents.

Sincerely,

*/s/ Stephanie M. Caffrey*

Stephanie M. Caffrey

SMC
Encl.