# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 4:22-cv-40003

DWAYNE DIGGS, DEMETRIUS GOSHEN,
JAMES JACKS, DAVID JACKSON,
RAPHAEL REBOLLO, LUIS SALDANA,
DAVONGIE STONE, XAVIER
VALENTIN-SOTO, and DANAVIAN DANIEL,

      Plaintiffs,

V.

CAROL MICI, Commissioner of the Massachusetts
Department of Correction; PAUL HENDERSON,
former Deputy Commissioner of Field Services;
CHARLES PRIMACK, Director of Special
Operations; STEVEN KENNEWAY, former
Superintendent of Souza-Baranowski Correctional
Center; DEAN GRAY, Superintendent of
Souza-Baranowski Correctional Center; RONALD
GARDNER, Director of Security at Souza-Baranowski
Correctional Center; Captains DONALD DENOMME and
DAVID BRIEN; Lieutenants PAUL BIRRI, KEITH HOULE,
ROBERT DESCHENNE, JAMES ALLAIN, and
JAMES GEARIN; Sergeant ROBERT D'AMADIO;
Correction Officers JOSEPH BELLINI and
JOHN MADDEN; and K9 Officer EVAN LARANJO,

      Defendants.

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS AND REQUEST TO ENTER UPON LAND FOR INSPECTION**

      Defendants incorporate by reference all objections raised in their Response to Plaintiffs' First Request for Production of Documents. These responses are based on information reasonably available to Defendants at the present time. Defendants reserve the right to amend and supplement these responses if and when additional information becomes available.

      Nothing contained in these responses is intended to be or may be construed as a waiver of the attorney-client privilege, the work-product doctrine, or any other applicable privilege, immunity, protection, law, or rule. Defendants, in providing documents requested, do not waive

any objections with respect to the admission of the documents and information into evidence, if and to the extent such information is immaterial, irrelevant, or otherwise objectionable. Defendants also generally object to the request to the extent it seeks documents not in their personal possession, custody, or control. Without waiving any objections, Defendants state that discovery is ongoing, and they reserve the right to supplement any response. Defendants further state that any confidential documents are produced subject to the Protective Order and applicable waivers.

REQUEST NO. 4

Each Named Plaintiff's complete 6-part and 10-part folders.

SUPPLEMENTAL RESPONSE NO. 4

Defendants produce:

1. David Jackson 6-part folder

REQUEST NO. 5

A certified copy of all documents maintained by the DOC and its contractual health care provider, including any documents received by DOC or the contractual provider from third-party providers, comprising the complete medical and mental health records of the Named Plaintiffs during their incarceration from January 1, 2017 through the time of response.

SUPPLEMENTAL RESPONSE NO. 5

1. Ten-part folder of Xavier Valentin-Soto.

REQUEST NO. 14

Shift rosters, logs, sign-in sheets, and any other documents showing all officers who were posted or deployed on Unit N1, in the first floor main corridor, in the general population visiting room, including all interview areas used, and on any search teams searching people or cells on all shifts on January 10, 2020.

SUPPLEMENTAL RESPONSE NO. 14

Defendants produce:

1. Massachusetts Department of Correction Special Operations Response Unit Attendance Roster-All;
2. Critical Incident Response Team Souza-Baranowski Standing Detail;
3. SBCC N1 Cell Removal Teams;
4. Special Operations Division Housing Unit Search Log;
5. Souza-Baranowski Correctional Center Daily Shift Roster.

REQUEST NO. 15

All shift commander reports, climate reports, meeting notes and minutes for meetings at SBCC, and institutional overview reports for each shift at SBCC during the Lockdown.

SUPPLEMENTAL RESPONSE NO. 15

Defendants produce:

1. January 14, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
2. January 15, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
3. January 16, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
4. January 17, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
5. January 21, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
6. January 22, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
7. January 23, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
8. January 24, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
9. January 27, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
10. January 28, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
11. January 30, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
12. January 31, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
13. February 3, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
14. February 4, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
15. February 5, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
16. February 6, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;

REQUEST NO. 17

For each deployment of a taser during the Lockdown, all data recorded by the taser including but not limited to time of deployment, mode of deployment, and length of deployment.

SUPPLEMENTAL RESPONSE NO. 17

Defendants produce:

1. Department of Criminal Justice Information Services Electronic Control Weapons (EWC) Use Reporting Report;
2. Incident Reports 1896191, 1896055, 1895359, 1890367, 1894920, 1896763, 1897182, 1896140, 1898099, 1896847, 1891450, 1894805, 1895371, 1897158, 1897124, 1895388, 1897162, 1895354, 1894941, 1895378, 1896173, 1894922, 1896067, 1894933;
3. Taser Evidence Sync Reports.

REQUEST NO. 18

All documents concerning the sign-out and sign-in of weapons and ammunition by officers present at SBCC during the Lockdown, including all documents reflecting the amount, quantity, or inventory of ammunition used by shift for each pepperball gun, chemical agent dispenser, or other weapon deployed.

SUPPLEMENTAL RESPONSE NO. 18

Defendants state that there are no responsive documents.

REQUEST NO. 19

All documentation of each K9 and K9 team present at SBCC during the Lockdown, along with the training record and bite logs for each K9.

SUPPLEMENTAL RESPONSE NO. 19

Defendants produce:

1. K9 Bak- Sergeant Brian Bowman;
2. K9 Bali- Lieutenant Jeffrey Brossi;
3. K9 Barney- Officer Tuan Nguyen-Le;
4. K9 Bella- Sergeant Joseph O'Brien;
5. K9 Bolo- Officer Daniel Paul;
6. K9 Chaze- Sergeant Robert Pino;
7. K9 Cole- Sergeant Michael Bianchi;
8. K9 Dodo- Sergeant Todd Lavigne;
9. K9 Hik- Sergeant Jason Gelb;
10. K9 Malachi- Sergeant Slade (Forbes);
11. K9 Max- Officer Matthew Letourneau;
12. K9 Max- Officer Matthew Praplaski;
13. K9 Omar- Sergeant Mark O'Reilly;
14. K9 Rony and K9 Rouge- Sergeant Raymond Harvey;
15. K9 Rudy- Sergeant Bonnie Brien;
16. K9 Sultan- Officer Evan Laranjo.

REQUEST NO. 21

All logs of telephone calls made by prisoners at SBCC from January 1, 2020, through March 1, 2020.

SUPPLEMENTAL RESPONSE NO. 21

Defendants produce:

1. Call Detail Report and PAN List of Danavian Daniel;
2. Call Detail Report and PAN List of David Jackson;
3. Call Detail Report and PAN List of Raphael Rebollo;
4. Call Detail Report and PAN List of Luis Saldana;
5. Call Detail Report and PAN List of Davongie Stone;
6. Call Detail Report and PAN List of Xavier Valentin-Soto.

REQUEST NO. 27

 All handbooks, manuals or other documents in effect at the time of the Lockdown, and at any time since, written for prisoners concerning SBCC, including but not limited to orientation manuals and manuals for specific units.

SUPPLEMENTAL RESPONSE NO. 27

Defendants produce:

1. SBCC Inmate Orientation Handbook 2018
2. SBCC Inmate Orientation Booklet 2020
3. SBCC Long Term Unit Inmate Orientation Manual 2019
4. Restricted Housing Unit (RHU) Operational Handbook 2020
5. Residential Treatment Unit (RTU) Operations Manual and Handbook 2020
6. Special Housing Unit Handbook 2020
7. Special Housing Unit Handbook 2017
8. Transitional Unit Handbook 2017

REQUEST NO. 77

All recordings, minutes or notes of any meeting in which one or more Defendants participated during the Lockdown or concerning the Lockdown.

SUPPLEMENTAL RESPONSE NO. 77

Defendants produce:

1. Commissioner's Deputies Meeting 2/4/20
2. Executive Staff Meeting 1/28/20
3. Commissioner Letter to Thomas Turco, Secretary, EOPSS dated January 14,2020

Dated: March 17, 2023                          Respectfully submitted,
                                                         NANCY ANKERS WHITE
                                                         Special Assistant Attorney General

                                                         */s/   Stephanie M. Caffrey*
                                                         Stephanie M. Caffrey (BBO # 697075)
                                                         Department of Correction
                                                         Legal Division
                                                         70 Franklin Street, Suite 600
                                                         Boston, MA 02110-1300
                                                         (617) 727-3300, ext. 1154
                                                         Stephanie.M.Caffrey@doc.state.ma.us

## CERTIFICATE OF SERVICE

I, Stephanie M. Caffrey, counsel for defendants, hereby certify that on March 17, 2023, I served a copy of the forgoing document on counsel of record via electronic mail.


Dated: March 17, 2023                              */s/ Stephanie Caffrey*
                                                         Stephanie M. Caffrey