# **EXHIBIT 4**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 4:22-cv-40003

DWAYNE DIGGS, DEMETRIUS GOSHEN,
JAMES JACKS, DAVID JACKSON,
RAPHAEL REBOLLO, LUIS SALDANA,
DAVONGIE STONE, XAVIER
VALENTIN-SOTO, and DANAVIAN DANIEL,

    Plaintiffs,

V.

CAROL MICI, Commissioner of the Massachusetts
Department of Correction; PAUL HENDERSON,
former Deputy Commissioner of Field Services;
CHARLES PRIMACK, Director of Special
Operations; STEVEN KENNEWAY, former
Superintendent of Souza-Baranowski Correctional
Center; DEAN GRAY, Superintendent of
Souza-Baranowski Correctional Center; RONALD
GARDNER, Director of Security at Souza-Baranowski
Correctional Center; Captains DONALD DENOMME and
DAVID BRIEN; Lieutenants PAUL BIRRI, KEITH HOULE,
ROBERT DESCHENNE, JAMES ALLAIN, and
JAMES GEARIN; Sergeant ROBERT D'AMADIO;
Correction Officers JOSEPH BELLINI and
JOHN MADDEN; and K9 Officer EVAN LARANJO,

    Defendants.

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS AND REQUEST TO ENTER UPON LAND FOR INSPECTION**

    Massachusetts Department of Correction ("Department"), as the appropriate record keeper for records kept in the normal course of business for the Department, defendants incorporate by reference all objections all objections raised in their Response to Plaintiffs' First Request for Production of Documents. These responses are based on information reasonably available to Defendants at the present time. Defendants reserve the right to amend and supplement these responses if and when additional information becomes available.

Nothing contained in these responses is intended to be or may be construed as a waiver of the attorney-client privilege, the work-product doctrine, or any other applicable privilege, immunity, protection, law, or rule.

Defendants, in providing documents requested, do not waive any objections with respect to the admission of the documents and information into evidence, if and to the extent such information is immaterial, irrelevant, or otherwise objectionable. Defendants also generally object to the request to the extent it seeks documents not in their personal possession, custody, or control. Without waiving any objections, Defendants state that discovery is ongoing, and they reserve the right to supplement any response. Defendants further state that any confidential documents will be produced subject to the Protective Order and applicable waivers.

REQUEST NO. 1

All documents identified in Defendants' initial disclosures under Rule 26(a)(1)(A) and any supplemental disclosures.

SUPPLEMENTAL RESPONSE NO. 1

The following documents in unredacted and bate stamped form are produced:

1. Dwayne Diggs
   a. Category I Investigation 17754, including Incident Report 1888910, Disciplinary Report 453434, Grievance 107588, and Housing Unit Report.
2. Demetrius Goshen
   a. Use of Force Package 7768, including SBCC Inquiry 18007, Incident Report 1893430, and Housing Unit Report.
3. James Jacks
   a. Use of Force Packages 7711 and 7754, including Incident Reports 1888891, 1888956, 1892472, 1894568, 1894805, 1895365, 1895371, 1896304, 1896427, 1897040, 1897437, 1903330, 1903380, 1903403, and 1904476, Disciplinary Reports 453906 and 455331, and Housing Unit Report.
4. David Jackson
   a. Inquiry Report DOC-SBCC-20-55, including Grievance 106786 and Housing Unit Report.
5. Raphael Rebollo
   a. Use of Force Package 7748, including Inquiry Report DOC-SBCC-20-23, Disciplinary Reports 455260 and 457152, Incident Reports 1889263, 1891371, 1891930, 1893021, 1893324, 1894719, 1895132, 1895804, 1896498, 1896713, and 1897142, Grievance 106817, and Housing Unit Report.
6. Luis Saldana
   a. Use of Force Package 7652, including Inquiry Report DOC-SBCC-20-15, Disciplinary Reports 453316 and 455334, Incident Reports 1885405, 1885427, 1885428, 1885465, 1885470, 1885821, 1886373, 1888039, 1888060, 1895697, 1896211, 1897480, 1899753, 1904912, and 1905190, Grievance 106560, and Housing Unit Report.

7. Davongie Stone
    a. Use of Force Package 7714, including Disciplinary Report 455321, Incident Reports 1888886, 1890998, 1891049, 1891685, 1892877, 1893065, 1893874, 1894812, 1895359, 1895973, 1896068, 1896839, 1897003, 1897089, 1897158, 1898516, 1899185, 1899950, 1900147, and 1905644, Grievance 107048, and Housing Unit Report.
8. Xavier Valentin-Soto
    a. Use of Force Package 7750, including Inquiry DOC-SBCC-20-64, Disciplinary Report 455335, Incident Reports 1888907, 1894941, 1895378, 1896733, 1897355, and 1897585, Grievance 107023, and Housing Unit Report.
9. Danavian Daniel
    a. Inquiry 17793, including Grievances 106889 and 108671.

Answering further, Defendants state that Counsel for plaintiffs have also been provided and/or reviewed all unredacted videos related to the allegations in the Complaint involving the named plaintiffs on March 17, 2023.

REQUEST NO. 2

All documents identified in Defendants' responses to Plaintiffs' interrogatories.

SUPPLEMENTAL RESPONSE NO. 2

1. 103 DOC 523, Criminal Investigations & Prosecutions (Private Policy);
2. 103 DOC 559, Special Operations Response Units (Private Policy);
3. Use of Force Daily Report Souza Baranowski Correctional Center, January 10, 2020 to February 6, 2020;
4. Use of Force Daily Report Special Operations Division, January 10, 2020 to February 6, 2020.

REQUEST NO. 6

The complete Inner Perimeter Security files on each of the Named Plaintiffs at each DOC facility where any exists.

SUPPLEMENTAL RESPONSE NO. 6

1. Inner Perimeter Security (IPS) Files of Dwayne Diggs, Demetrius Goshen, James Jacks, David Jackson, Raphael Rebollo, Luis Saldana, Davongie Stone, Xavier Valentin-Soto, and Danavian Daniel.

REQUEST NO. 17

For each deployment of a taser during the Lockdown, all data recorded by the taser including but not limited to time of deployment, mode of deployment, and length of deployment.

SUPPLEMENTAL RESPONSE NO. 17

1. Department of Criminal Justice Information Services Electronic Control Weapons (EWC) Use Reporting Report;
2. Incident Reports 1896191, 1896055, 1895359, 1890367, 1894920, 1896763, 1897182, 1896140, 1898099, 1896847, 1891450, 1894805, 1895371, 1897158, 1897124, 1895388, 1897162, 1895354, 1894941, 1895378, 1896173, 1894922, 1896067, 1894933;

Taser Evidence Sync Reports.

REQUEST NO. 28

All handbooks, operations manuals, rules, and similar documents for staff in effect at the time of the Lockdown, and at any time since, concerning operations at SBCC and in specific units.

SUPPLEMENTAL RESPONSE NO. 28

1. The Commonwealth of Massachusetts Department of Correction Rules and Regulations Governing All Employees of the Massachusetts Department of Correction.

REQUEST NO. 43

All Operations Orders issued during the Lockdown under 103 DOC 561.02

SUPPLEMENTAL RESPONSE NO. 43

1. Draft Souza Baranowski Correctional Center Institutional Reassignment Plan Operations Order # 20-01 signed by Joe Freitas on January 18, 2020;
2. Second Draft Souza Baranowski Correctional Center Institutional Reassignment Plan Operations Order # 20-01 unsigned.

There are no further responsive documents.

REQUEST NO. 51

All documents concerning discipline of prisoners who received disciplinary reports stemming from incidents occurring at SBCC during the Lockdown, including without limitation disciplinary reports, hearing reports, sanctions, reviews, and appeals.

SUPPLEMENTAL RESPONSE NO. 51

1. Disciplinary Reports from January 10, 2020 to February 6, 2020 at SBCC.

REQUEST NO. 57

All policies, procedures, guidelines or memoranda governing the use of the special weapons present at and used during the Lockdown.

4

SUPPLEMENTAL RESPONSE NO. 57

1. 103 DOC 559, Special Operations Response Units (Private Policy);
2. 103 DOC 509, Chemical Agents, Specialty Impact Munitions/Distraction Devices, Batons, and Electronic Control Devices (Private Policy);
3. 103 DOC 507, Security Equipment (Private Policy).

REQUEST NO. 90.

Any and all policies, procedures, and memoranda in effect from January 1, 2019 to the present, including any special policies or orders during the Lockdown, concerning the criteria used for determining when to send a prisoner to an outside hospital for emergency medical treatment, including any special policies or orders during the Lockdown.

SUPPLEMENTAL RESPONSE NO. 90

1. 103 DOC 604, Outside Hospital Relations;
2. SBCC Procedure 103 DOC 604, Outside Hospital Relations.

REQUEST NO. 91.

Any and all policies, procedures, and memoranda in effect from January 1, 2019, to the present, including any special policies or orders during the Lockdown, concerning emergency mental health care, including but not limited to any and all policies, procedures, and memoranda concerning prisoners' summoning such care including "medic 5."

SUPPLEMENTAL RESPONSE NO. 91

1. 103 DOC 650, Mental Health Services.

Dated: April 21, 2023

Respectfully submitted,
NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Stephanie M. Caffrey
Stephanie M. Caffrey (BBO# 697075)
Brittni Wipper (BBO# 696783)
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1154
Stephanie.M.Caffrey@doc.state.ma.us