# **EXHIBIT 9**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 4:22-cv-40003

DWAYNE DIGGS, DEMETRIUS GOSHEN,
JAMES JACKS, DAVID JACKSON,
RAPHAEL REBOLLO, LUIS SALDANA,
DAVONGIE STONE, XAVIER
VALENTIN-SOTO, and DANAVIAN DANIEL,

    Plaintiffs,

V.

CAROL MICI, Commissioner of the Massachusetts
Department of Correction; PAUL HENDERSON,
former Deputy Commissioner of Field Services;
CHARLES PRIMACK, Director of Special
Operations; STEVEN KENNEWAY, former
Superintendent of Souza-Baranowski Correctional
Center; DEAN GRAY, Superintendent of
Souza-Baranowski Correctional Center; RONALD
GARDNER, Director of Security at Souza-Baranowski
Correctional Center; Captains DONALD DENOMME and
DAVID BRIEN; Lieutenants PAUL BIRRI, KEITH HOULE,
ROBERT DESCHENNE, JAMES ALLAIN, and
JAMES GEARIN; Sergeant ROBERT D'AMADIO;
Correction Officers JOSEPH BELLINI and
JOHN MADDEN; and K9 Officer EVAN LARANJO,

    Defendants.

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS AND REQUEST TO ENTER UPON LAND FOR INSPECTION

    Massachusetts Department of Correction ("Department"), as the appropriate record keeper for records kept in the normal course of business for the Department, defendants incorporate by reference all objections all objections raised in their Response to Plaintiffs' First Request for Production of Documents. These responses are based on information reasonably available to Defendants at the present time. Defendants reserve the right to amend and supplement these responses if and when additional information becomes available.

Nothing contained in these responses is intended to be or may be construed as a waiver of the attorney-client privilege, the work-product doctrine, or any other applicable privilege, immunity, protection, law, or rule.

Defendants, in providing documents requested, do not waive any objections with respect to the admission of the documents and information into evidence, if and to the extent such information is immaterial, irrelevant, or otherwise objectionable. Defendants also generally object to the request to the extent it seeks documents not in their personal possession, custody, or control. Without waiving any objections, Defendants state that discovery is ongoing, and they reserve the right to supplement any response. Defendants further state that any confidential documents will be produced subject to the Protective Order and applicable waivers.

REQUEST NO. 15

All shift commander reports, climate reports, meeting notes and minutes for meetings at SBCC, and institutional overview reports for each shift at SBCC during the Lockdown.

SUPPLEMENTAL RESPONSE NO. 15

1. January 10, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
2. January 13, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health;
3. January 29, 2020 Souza-Baranowski Correctional Center Daily Management Briefings- Management- Medical- Mental Health.
4. January 31, 2020 Superintendent's Meeting Minutes.

There are no responsive documents for Saturday, January 11, 2020 and Sunday, January 12, 2020. There are no documents pertaining to other meetings mentioned in the documents provided, including town meetings with staff, January 15, 2020 meeting, and a January 17, 2020 meeting.

REQUEST NO. 50

All documents concerning prisoner moves, housing reassignments, and transfers to different facilities during the Lockdown.

SUPPLEMENTAL RESPONSE NO. 50

1. Special Operations Division Modified Response on January 10, 2020 Special Operations Division Inmate Re-Assignments January 21, 2020 to January 24, 2020.

REQUEST NO. 53

All documents concerning the deployment at SBCC of any team of officers under the direction of the Special Operations Division including but not limited to any tactical team, and recording

each use of force in which such a team was engaged from January 1, 2017 to the time of response.

SUPPLEMENTAL RESPONSE NO. 53

See Supplemental Response No. 50.


Dated: June 2, 2023

Respectfully submitted,
NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ *Stephanie M. Caffrey*
Stephanie M. Caffrey (BBO# 697075)
Brittni Wipper (BBO# 696783)
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1154
Stephanie.M.Caffrey@doc.state.ma.us
Brittni.Wipper@doc.state.ma.us