# **EXHIBIT 11**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 4:22-cv-40003

DWAYNE DIGGS, DEMETRIUS GOSHEN,
JAMES JACKS, DAVID JACKSON,
RAPHAEL REBOLLO, LUIS SALDANA,
DAVONGIE STONE, XAVIER
VALENTIN-SOTO, and DANAVIAN DANIEL,

    Plaintiffs,

V.

CAROL MICI, Commissioner of the Massachusetts
Department of Correction; PAUL HENDERSON,
former Deputy Commissioner of Field Services;
CHARLES PRIMACK, Director of Special
Operations; STEVEN KENNEWAY, former
Superintendent of Souza-Baranowski Correctional
Center; DEAN GRAY, Superintendent of
Souza-Baranowski Correctional Center; RONALD
GARDNER, Director of Security at Souza-Baranowski
Correctional Center; Captains DONALD DENOMME and
DAVID BRIEN; Lieutenants PAUL BIRRI, KEITH HOULE,
ROBERT DESCHENNE, JAMES ALLAIN, and
JAMES GEARIN; Sergeant ROBERT D'AMADIO;
Correction Officers JOSEPH BELLINI and
JOHN MADDEN; and K9 Officer EVAN LARANJO,

    Defendants.

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS AND REQUEST TO ENTER UPON LAND FOR INSPECTION

    Massachusetts Department of Correction ("Department"), as the appropriate record keeper for records kept in the normal course of business for the Department, defendants incorporate by reference all objections all objections raised in their Response to Plaintiffs' First Request for Production of Documents. These responses are based on information reasonably available to Defendants at the present time. Defendants reserve the right to amend and supplement these responses if and when additional information becomes available.

Nothing contained in these responses is intended to be or may be construed as a waiver of the attorney-client privilege, the work-product doctrine, or any other applicable privilege, immunity, protection, law, or rule.

Defendants, in providing documents requested, do not waive any objections with respect to the admission of the documents and information into evidence, if and to the extent such information is immaterial, irrelevant, or otherwise objectionable. Defendants also generally object to the request to the extent it seeks documents not in their personal possession, custody, or control. Without waiving any objections, Defendants state that discovery is ongoing, and they reserve the right to supplement any response. Defendants further state that any confidential documents will be produced subject to the Protective Order and applicable waivers.

REQUEST NO. 83

All emails in each Defendant's DOC email accounts and any of Defendant's personal email accounts concerning the Lockdown or occurrences during it, including but not limited to emails responsive to the following keyword and Boolean searches: "lockdown"; "N1"; "SBCC"; "souza"; "tactical"; "tac!"; "SOD"; "spec ops"; "special ops"; "special operations"; "disorder"; "mission"; "shakedown"; "assault"; "Parent"; "Fuller"; "STG"; "gang"; "Latin Kings"; "LK"; "threat"; "HRT"; "h.r.t."; "c.i.r.t."; "CRT"; "K9"; "Daniel"; "Saldana"; "Rebollo"; "Diggs"; "Jacks"; "Jackson"; "Goshen"; "Stone"; "Valentin"; "Valentin-Soto".

SUPPLEMENTAL RESPONSE NO. 83

1. Emails of Patrick DePalo, Jr. from January 10, 2020 to February 6, 2020.


Dated: June 30, 2023

Respectfully submitted,
NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Stephanie M. Caffrey
Stephanie M. Caffrey (BBO# 697075)
Brittni Wipper (BBO# 696783)
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1154
Stephanie.M.Caffrey@doc.state.ma.us
Brittni.Wipper@doc.state.ma.us