# EXHIBIT 12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 4:22-cv-40003

DWAYNE DIGGS, DEMETRIUS GOSHEN,
JAMES JACKS, DAVID JACKSON,
RAPHAEL REBOLLO, LUIS SALDANA,
DAVONGIE STONE, XAVIER
VALENTIN-SOTO, and DANAVIAN DANIEL,

    Plaintiffs,

V.

CAROL MICI, Commissioner of the Massachusetts Department of Correction; PAUL HENDERSON, former Deputy Commissioner of Field Services; CHARLES PRIMACK, Director of Special Operations; STEVEN KENNEWAY, former Superintendent of Souza-Baranowski Correctional Center; DEAN GRAY, Superintendent of Souza-Baranowski Correctional Center; RONALD GARDNER, Director of Security at Souza-Baranowski Correctional Center; Captains DONALD DENOMME and DAVID BRIEN; Lieutenants PAUL BIRRI, KEITH HOULE, ROBERT DESCHENNE, JAMES ALLAIN, and JAMES GEARIN; Sergeant ROBERT D'AMADIO; Correction Officers JOSEPH BELLINI and JOHN MADDEN; and K9 Officer EVAN LARANJO,

    Defendants.

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS AND REQUEST TO ENTER UPON LAND FOR INSPECTION

    Massachusetts Department of Correction ("Department"), as the appropriate record keeper for records kept in the normal course of business for the Department, defendants incorporate by reference all objections all objections raised in their Response to Plaintiffs' First Request for Production of Documents. These responses are based on information reasonably available to Defendants at the present time. Defendants reserve the right to amend and supplement these responses if and when additional information becomes available.

Nothing contained in these responses is intended to be or may be construed as a waiver of the attorney-client privilege, the work-product doctrine, or any other applicable privilege, immunity, protection, law, or rule.

Defendants, in providing documents requested, do not waive any objections with respect to the admission of the documents and information into evidence, if and to the extent such information is immaterial, irrelevant, or otherwise objectionable. Defendants also generally object to the request to the extent it seeks documents not in their personal possession, custody, or control. Without waiving any objections, Defendants state that discovery is ongoing, and they reserve the right to supplement any response. Defendants further state that any confidential documents will be produced subject to the Protective Order and applicable waivers.

REQUEST NO. 2

All documents identified in Defendants' responses to Plaintiffs' interrogatories.

SUPPLEMENTAL RESPONSE NO. 2
1. Use of Force Daily Report Souza Baranowski Correctional Center, January 10, 2020 to February 6, 2020 (Corrected);
2. Use of Force Daily Report Special Operations Division, January 10, 2020 to February 6, 2020 (Corrected);

REQUEST NO. 30

All duty rosters, shift logs, and other documents reflecting the identity, agency, rank, and assignment of each officer deployed at SBCC from a non-DOC agency during the Lockdown.

SUPPLEMENTAL RESPONSE NO. 30

1. 1-21-2020 Outside Agency K9 Roster;
2. 1-23-2020 Outside Agency K9 Roster;
3. 1-24-2020 Outside Agency K9 Roster.

Dated: July 14, 2023

Respectfully submitted,
NANCY ANKERS WHITE
Special Assistant Attorney General

*/s/ Stephanie M. Caffrey*
Stephanie M. Caffrey (BBO# 697075)
Brittni Wipper (BBO# 696783)
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1154
Stephanie.M.Caffrey@doc.state.ma.us
Brittni.Wipper@doc.state.ma.us