# **EXHIBIT 14**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 4:22-cv-40003

DWAYNE DIGGS, DEMETRIUS GOSHEN,
JAMES JACKS, DAVID JACKSON,
RAPHAEL REBOLLO, LUIS SALDANA,
DAVONGIE STONE, XAVIER
VALENTIN-SOTO, and DANAVIAN DANIEL,

    Plaintiffs,

V.

CAROL MICI, Commissioner of the Massachusetts
Department of Correction; PAUL HENDERSON,
former Deputy Commissioner of Field Services;
CHARLES PRIMACK, Director of Special
Operations; STEVEN KENNEWAY, former
Superintendent of Souza-Baranowski Correctional
Center; DEAN GRAY, Superintendent of
Souza-Baranowski Correctional Center; RONALD
GARDNER, Director of Security at Souza-Baranowski
Correctional Center; Captains DONALD DENOMME and
DAVID BRIEN; Lieutenants PAUL BIRRI, KEITH HOULE,
ROBERT DESCHENE, JAMES ALLAIN, and
JAMES GEARIN; Sergeant ROBERT D'AMADIO;
Correction Officers JOSEPH BELLINI and
JOHN MADDEN; and K9 Officer EVAN LARANJO,

    Defendants.

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS AND REQUEST TO ENTER UPON LAND FOR INSPECTION**

    Massachusetts Department of Correction ("Department"), as the appropriate record keeper for records kept in the normal course of business for the Department, defendants incorporate by reference all objections all objections raised in their Response to Plaintiffs' First Request for Production of Documents. These responses are based on information reasonably available to Defendants at the present time. Defendants reserve the right to amend and supplement these responses if and when additional information becomes available.

Nothing contained in these responses is intended to be or may be construed as a waiver of the attorney-client privilege, the work-product doctrine, or any other applicable privilege, immunity, protection, law, or rule.

Defendants, in providing documents requested, do not waive any objections with respect to the admission of the documents and information into evidence, if and to the extent such information is immaterial, irrelevant, or otherwise objectionable. Defendants also generally object to the request to the extent it seeks documents not in their personal possession, custody, or control. Without waiving any objections, Defendants state that discovery is ongoing, and they reserve the right to supplement any response. Defendants further state that any confidential documents will be produced subject to the Protective Order and applicable waivers.

REQUEST NO. 84.

All documents redacted or withheld by DOC in their response to public records requests made by PLS on September 16, 2021 and a modified records request dated September 24, 2021, including but not limited to those documents redacted or withheld on the grounds that they were exempt from disclosure under the public records law and any documents attached to the responsive emails produced or withheld in the initial responses.

SUPPLEMENTAL RESPONSE NO. 84

1. DOC-SBCC-20-42;
2. DOC-SBCC-20-53;
3. DOC-SBCC-20-63;
4. Investigations:
    a. Intake Number 17727;
    b. Intake Number 17737;
    c. Intake Number 17762;
    d. Intake Number 17764;
    e. Intake Number 17811;
    f. Intake Number 17814;
    g. Intake Number 17817;
    h. Intake Number 17842;
    i. Intake Number 17861;
    j. Intake Number 17878;
    k. Intake Number 17918;
    l. Intake Number 18066.

Answering further, Defendants state that discovery is ongoing and they reserve the right to supplement this response.

REQUEST NO. 86.

All documents concerning allegations and investigations of employee misconduct for actions or inaction at any time during the Lockdown, including all documents concerning the disposition of such investigations and any discipline imposed or other actions taken as a result of the

investigation.

SUPPLEMENTAL RESPONSE NO. 86

1. Investigation Intake Number 17920.

|  |  |
|---|---|
| Dated: July 28, 2023 | Respectfully submitted,<br>NANCY ANKERS WHITE<br>Special Assistant Attorney General<br><br>*/s/ Stephanie M. Caffrey*<br>Stephanie M. Caffrey (BBO# 697075)<br>Brittni Wipper (BBO# 696783)<br>Department of Correction<br>Legal Division<br>70 Franklin Street, Suite 600<br>Boston, MA 02110-1300<br>(617) 727-3300, ext. 1154<br>Stephanie.M.Caffrey@doc.state.ma.us<br>Brittni.Wipper@doc.state.ma.us |