# **EXHIBIT 18**



**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

The Commonwealth of Massachusetts
Executive Office of Public Safety & Security
Department of Correction
Legal Division
70 Franklin St., Suite 600
Boston, Massachusetts 02110-1327
Tel:(617-727-3300 Ext. 1124)
www.mass.gov/doc



**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

**NANCY ANKERS WHITE**
*General Counsel*

September 11, 2023

David Milton
Prisoners' Legal Services
50 Federal Street, 4th Floor
Boston, MA 02110

**RE:** **Diggs, et. al. v. Mici, et. al.; USDC 4:22-cv-40003-ADB**

Dear Attorney Milton,

Please find enclosed a disc with video footage regarding Danavian Daniel which was reviewed as part of the Cat II investigation into Mr. Daniel's grievance, produced subject to the Protective Order in response to Plaintiffs' Request for Production of Documents.

Please feel free to contact me if you have any questions or concerns.

Best,

*/s/ Stephanie M. Caffrey*

Stephanie M. Caffrey
Counsel

Enc.