# **EXHIBIT 20**

| | Massachusetts Department of Correction **POLICY** | **Effective Date** 7/18/2023 | **Responsible Division** Policy Development and Compliance Unit |
|---|---|---|---|
| | | **Annual Review Date** 7/10/2023 | |

| **Policy Name** 103 DOC 104 INTERNAL REGULATIONS/POLICIES | **M.G.L. Reference:** Chapter 30A §§ 1-8; Chapter 124, § 1(q); M.G.L. Chapter 66, § 10 |
|---|---|
| | **DOC Policy Reference:** |
| | **ACA/PREA Standards:** 2-CO-1A-05; 2-CO-1A-16; 2-CO-1A-17; 2-CO-1C-01; 4-ACRS-7B-08; 4-ACRS-7B-09; 4-ACRS-7E-07;5-ACI-1A-05; 5-ACI-1A-12; 5-ACI-1A-13; 5-ACI-1A-14; 5-ACI-1C-02; 5-ACI-6D-10 |

| **Attachments** Yes ☒   No ☐ | **Incarcerated individual Library** Yes ☒   No ☐ | **Applicability:**   Staff |
|---|---|---|
| **Public Access** Yes ☒   No ☐ | | **Location:** Department Central Policy File Superintendents/Division Head/Unit Directors Policies Files |

**PURPOSE**:

The purpose of this policy is to establish and maintain policies for the Department of Correction ("Department"); to establish and maintain operational procedures for each correctional institution/division/unit; to provide a process with which to implement new policy; to provide a process for annual review of Department policies; and to provide a process for annual review of institution/division/unit procedures.

**RESPONSIBLE STAFF FOR IMPLEMENTATION AND MONITORING OF POLICY:**

Director of the Policy Development and Compliance Unit
Superintendents/Division Heads/Unit Directors

**CANCELLATION**:

103 DOC 104 cancels all previous Department policy statements, bulletins, directives, orders, notices, rules or regulations regarding Internal Regulations/Policies which are inconsistent with this document.

**SEVERABILITY CLAUSE:**

If any part of 103 DOC 104 is for any reason, held to be in excess of the authority of the Commissioner, such decision shall not affect any other part of this policy.

# TABLE OF CONTENTS

| 104.01 | Definitions | 3 |
|---|---|---|
| 104.02 | Department of Correction Policy Statements | 3 |
| 104.03 | Approving Authority | 3 |
| 104.04 | Department Reviewing Authorities Duties | 4 |
| 104.05 | Institution Staff Participation in the Annual Review Process of Departmental Policies and Regulations | 5 |
| 104.06 | Annual Review Process of Department Policies and Regulations | 6 |
| 104.07 | Institution/Division/Unit Policy and Procedures Manual | 10 |
| 104.08 | Annual Review and Amendment Process of Institution/Division/Unit Procedures | 12 |
| 104.09 | Dissemination of Policies, Regulations and Procedures | 14 |
| 104.10 | Public Access | 14 |

## ATTACHMENTS

| Attachment #1 | Department Policy/Regulation Assignments | 16 |
|---|---|---|
| Attachment #2 | Reviewing Authority Policy/Regulation Assignment/Review Schedule | 22 |
| Attachment #3 | DOC Policy/Regulation/Procedures Format | 23 |
| Attachment #4 | Superintendent's Policy/Regulation Review Chart | 28 |
| Attachment #5 | Superintendent's Policy/Regulation Change Sheet | 29 |
| Attachment #6 | Waiver Request Format | 30 |
| Attachment #7 | Committee/Meeting Policy/Regulation Change Form | 31 |
| Attachment #8 | Civil Rights Impact Analysis | 32 |

**104.01**        **DEFINITIONS**

Female Offender Impact Statement Group: A group of Department of Correction managers that review policy/regulation impacts for any potential female offender concerns.

Impact Statement Group: A group of Department of Correction managers that review policy/regulation impacts for any potential budget, training, technology, and/or collective bargaining concerns.

PowerDMS: An electronic document management system utilized for all Massachusetts Department of Correction policy, regulation and procedure review and storage.

Reviewing Authority: Department of Correction managers who are responsible for the development and review of regulations, policies and procedures governing specific operational areas.

**104.02**        **DEPARTMENT OF CORRECTION POLICY STATEMENTS**

The Commissioner, Chief of Staff, Deputy Commissioner of the Prison Division, Deputy Commissioner of Administration, Deputy Commissioner of Clinical Services and Reentry, Deputy Commissioner of Career and Professional Development, General Counsel, Assistant Deputy Commissioners ( Northern Sector, and Southern Sector), Executive Director of Strategic Planning and Research, Director of the Policy Development and Compliance Unit, Executive Chief of Investigative Services shall establish for the Department of Correction ("Department") policy statements that include at a minimum, the following items:

A.        The philosophy, goals, and objectives of the Department.

B.        Regulations, policies, procedures, rules, and practices for the Department's operation, including instructions to correctional institutions, divisions and units for the development of their own procedures and manuals, in accordance with Department policy.

C.        Statements describing the programs and services offered by the Department.

**104.03**        **APPROVING AUTHORITY**

The Commissioner and/or the appointed designees are the approving authorities for the Department's policies.

**104.04**        **DEPARTMENT REVIEWING AUTHORITY DUTIES**

To ensure that all Department policies, regulations, and institution/division/unit procedures are consistent and reflect existing Department practices, the Commissioner shall designate a Reviewing Authority for each policy and regulation. The duties and responsibilities of such Reviewing Authorities or designees shall include, but not be limited to, the following:

A.    Development of policies/regulations for all operations within their area of responsibility.  Development of policies/regulations may include:

    1.    Coordination of review and comment by the Department's Legal Division.

    2.    Review and documentation of feedback from those individuals whose area of responsibility is affected and/or those who have expertise in specific areas of concern. Such individuals may include Department employees and/or employees from another public or private agency as is appropriate.

    3.    Determination as to the need to include definitions within the policy. When it is appropriate to do so, the Reviewing Authority may include definitions of the terms used within the policy.

    4.    Submission of the policy in final draft form through PowerDMS according to the review process discussed below and making any necessary revisions prior to presenting the policy for the Commissioner's review.

    5.    Prior to submission to the Director of the PDCU, the Reviewing Authority shall ensure that the cover page language and references for each Department policy are current.

    6.    With each new or revised policy, the Reviewing Authority may comment in PowerDMS, summarizing any potential budget, female offender concerns, training, technology, or collective bargaining impacts. If any impacts are identified by the Reviewing Authority, the workflow will be sent to the appropriate Impact Statement Group to review the recommended changes. The Impact Statement Group will then vote on the recommended changes and express any concerns in the discussion tab.

    7.    Code of Massachusetts Regulations become effective upon the date of publication in the Massachusetts Register and that date shall be utilized in the lower left corner.

B.    Reviewing Authorities shall review policies and regulations on an annual basis as indicated on the schedule outlined in Attachment #2.  Updated policies shall be approved by the Commissioner, then published in PowerDMS. Regulations may only be updated or changed through the

public hearing process, but must still be reviewed annually to determine if they are operationally sound.

C.     Reviewing Authorities shall consider any requests for waivers of policy requirements that fall under their authority. Following this review, a recommendation is given to the Commissioner for approval in PowerDMS. The requirements set forth in regulations cannot be waived unless the regulation explicitly excludes a Department institution or security level within its applicability clause, or the regulation contains an emergency suspension clause. Suspensions lasting for more than forty-eight (48) hours must be approved by the Commissioner.

D.     Reviewing Authorities shall conduct a review of the impact the regulation may have on individuals or groups of a protected class for any proposed new regulation or any proposed revisions to an existing regulation. In conducting this analysis, the Reviewing Authority shall utilize the Civil Rights Impact Analysis (CRIA) form (Attachment #8).

## 104.05    INSTITUTION STAFF PARTICIPATION IN THE ANNUAL REVIEW PROCESS OF DEPARTMENT POLICIES AND REGULATIONS

A.     To maximize input from institution staff in the policy/regulation review process, the Department shall maintain a Superintendent's Policy/Regulation Review Chart (Attachment #4). The Superintendent's Policy/Regulation Review Chart shall designate which policy/regulation each institution is responsible for reviewing in a given month, and shall rotate assignments between the various institutions from year to year.

B.     At the beginning of the designated month, each Superintendent or designee shall review the designated policy/regulation in PowerDMS. The Superintendent or designee shall notify any other staff they deem necessary to also conduct a review. The designated policy/regulation shall be discussed during the required monthly meetings held between all managers, supervisors, and line staff. The policy/regulation should be reviewed from beginning to end with consideration given to typographical and grammatical errors as well as substantive content (i.e., are all requirements realistic and achievable).

C.     The designated policy/regulation and all recommendations for revisions shall then be discussed at the Superintendent's monthly meeting with the senior management/department heads.

D.     Those recommendations that the Superintendent supports shall be completed, signed, scanned, and uploaded to the PowerDMS institution's "Superintendent Monthly Policy Review Folder" using the Superintendent's Policy/Regulation Change Sheet form (Attachment #5), no later than the last business day of the designated month shown on the Superintendent's Policy/Regulation Review Chart for review by the Director of the PDCU and the respective Assistant Deputy Commissioner.

In the month following the Institution's Superintendent's review, PDCU will review the Institution's Superintendent's Monthly Policy Review folder in PowerDMS. If any changes are recommended, a workflow will be initiated for consideration of the proposed changes to include the Director of the PDCU, respective ADC, and the Reviewing Authority.

E.    When committees are established to assess policies and practices, or policy revisions are proposed, the committee chairperson or other responsible person shall ensure that the policy/regulation revision proposals are submitted to the designated Reviewing Authority using Committee/Meeting Policy/Regulation Change Form. (Attachment #7).

**104.06     ANNUAL REVIEW PROCESS OF DEPARTMENT POLICIES AND REGULATIONS**

A.    All Department policies and regulations shall be reviewed annually by the appropriate Reviewing Authority consistent with the Reviewing Authority Policy/Regulation Assignment/Review Schedule (Attachment #2). In order to ensure sufficient time for the review process to occur as described below, the review process shall be started by the PDCU in PowerDMS one hundred twenty (120) days in advance of the month it is due to be presented for the Commissioner's approval. Reviewing Authorities shall duly consider all recommendations for policy/regulation revisions made by the institution staff through the process described in 104.05. If a standard operating procedure (SOP) and/or policy attachment(s) is part of a Department policy/regulation, it shall also be reviewed during this process. All results of this review (e.g., additions and/or deletions) shall be delineated within the draft document contained within PowerDMS. As each stage of the PowerDMS workflow is completed, the person completing the review may submit a comment with recommendations and forward the policy/regulation along to the next reviewer by selecting "Approve". The Reviewing Authority shall review all recommendations. Should the review not be acceptable, the "Deny" button should be selected and a comment made as to why the review was not acceptable. The workflow review process would then need to be restarted to ensure appropriate recommendations are addressed.

B.    During the annual review, each Reviewing Authority shall review each policy/regulation to ensure that:

1.    It is consistent with American Correctional Association (ACA) and Prison Rape Elimination Act (PREA) standards.

2.    It is consistent with any jurisdictional authority's regulations.

3.    It is practicable for implementation.

4.    It is current, operationally sound, and consistent with the philosophy and goals of the Department.

5.    The need for institution/division/unit procedures is explicitly noted within the policy/regulation in relation to which sections require procedures and the content to be so addressed.

6.    With either new or revised policies/regulations, an assessment of any potential budget, female offender concerns, training, technology, and/or collective bargaining impacts, if applicable, shall be noted. The Reviewing Authority shall comment in PowerDMS summarizing if any impacts are identified. The workflow will then be sent to the appropriate Impact Statement Group to review the recommended changes.

7.    A realistic effective date shall be set, which allows time for distribution, development of procedures, staff training, informing the incarcerated individuals, etc.

   a.    For policies, the effective date may be effective immediately upon approval, thirty (30), sixty (60), or ninety (90) days following the date of the Commissioner's approval within PowerDMS.

   b.    For regulations, the effective date shall be the date of publication.

8.    The Civil Rights Impact Analysis form (Attachment #8) was completed, for any proposed new regulation or any proposed revisions to an existing regulation, analyzing the civil rights impact the regulation may have on individuals or groups of a protected class.

C.    If a policy/regulation is noted by an asterisk on Attachment #2, or there were any potential female offender impacts, the Reviewing Authority shall forward the policy/regulation to the Deputy Commissioner of Clinical Services and Reentry or designee via PowerDMS to consider female offender concerns.  If revisions are needed, the Reviewing Authority shall incorporate the necessary language as recommended by the Deputy Commissioner of Clinical Services and Reentry.

D.    The policy/regulation shall be sent to the Director of the PDCU to consider the applicability to Lemuel Shattuck Hospital during the review.  If revisions are needed, the Reviewing Authority shall review, and if agreed upon, incorporate the necessary language as recommended by the Director of the PDCU.

E.    If any potential impacts have been identified by the Reviewing Authority that affect budget, collective bargaining units, and/or training, the policy/regulation shall be sent to the Deputy Commissioner of

Administration, the Deputy Commissioner of Career and Professional Development, and the Director of the Division of Staff Development to review whether the changes being proposed have any impacts on the budget, collective bargaining units and/or training.

F.   If any potential impacts have been identified by the Reviewing Authority that affect any information technology issues, the policy/regulation shall be sent to the Deputy Commissioner of Administration and the Director of the System Projects Division to determine if any enhancements are needed. The Deputy Commissioner of Administration, in conjunction with the Director of the System Projects Division, shall assist in determining the budgetary impact of the enhancements needed and contact the Reviewing Authority to discuss the issues.

   1.   The Reviewing Authority shall consult with the Deputy Commissioner of Administration and the Director of the System Projects Division on the available options to implement the policy/regulation revisions using existing systems, if possible.

G.   During the policy/regulation review, any significant changes shall require the PDCU to ensure the policy/regulation is sent to the Legal Division for review. The Reviewing Authority may incorporate any revisions made by the Legal Division and submit the policy/regulation for a final review. Any draft document on which the Legal Division has commented shall be considered a privileged attorney-client communication.

H.   To ensure that Executive Staff have ample time to consider policy revisions, the Reviewing Authority shall forward the policy to the Director of the PDCU through PowerDMS.

I.   To ensure that Executive Staff have ample time to consider regulation revisions, the Reviewing Authority shall forward the regulation to the Director of the PDCU through PowerDMS. The draft regulation within PowerDMS, including any comments or revisions made during an annual review, shall remain with recommended revisions and any comments until the regulation has undergone legal review, and received required approvals, to proceed to promulgation through the public hearing process.

J.   The Director of the PDCU, in conjunction with the Commissioner, shall then determine which policies/regulations shall be distributed to the Extended Leadership Team for their review and input. Any input or recommendations shall then be electronically forwarded to the respective Reviewing Authority for consideration.

K.   The Reviewing Authority shall present the recommended revisions to the Executive Staff for discussion and approval.

L.   At the conclusion of the Executive Staff review, the respective Reviewing Authority shall incorporate agreed upon revisions into the draft version of the policy/regulation. The draft document contained within PowerDMS

shall be forwarded to the Director of the PDCU. The Director of the PDCU shall then forward the policy within PowerDMS for the Commissioner's approval. Policies/Regulations shall not be accepted by the Commissioner's office without prior approval of the Director of the PDCU.

M.    Upon the Commissioner's approval of a Department policy, it shall be published in PowerDMS by the PDCU.

N.    The PDCU shall ensure that the month and year the policy was signed is added to the lower left corner of each page once the policy has been approved by the Commissioner.

O.    The Commissioner or designee, is responsible for approving any request for public hearing.  The Legal Division shall obtain any required approvals from the Executive Office of Public Safety and Security ("EOPSS') and the Governor's Office, and shall prepare the regulation for public hearing, complete all required notifications and/or processes, and conduct the public hearing. The Reviewing Authority or designee shall attend the public hearing.  Upon publication of the revised regulation in the state register, the Legal Division staff shall forward the revised regulation to the PDCU.  The PDCU shall then publish the revised regulation within PowerDMS. The draft regulation stored within the system shall be archived to allow for future reference of changes and comments.

1.    All annual policy/regulation reviews, shall be documented in PowerDMS through the workflow process for the Commissioner's approval with one (1) of the following options:

a.    Annual review with no changes: A completed workflow with comments explaining that the policy/regulation has undergone a review and that no changes were made. The monthly policies/regulations that have undergone review shall be noted on the PowerDMS home page for ease of viewing by all staff.

b.    Annual review with changes: A track changes document shall be placed in the PowerDMS monthly policy review folder. The changes shall be noted with track changes notations for all affected changes. The monthly policies/regulations that have undergone a review shall be noted on the PowerDMS home page for ease of viewing by all staff.

c.    Policies/Regulations reviews that are being delayed: A comment in the PowerDMS workflow stating that the policy remains in effect, however substantive changes are currently pending, and projecting (if possible) a time-frame for distribution of the new policy.  Note: Such "extension" to an annual review date shall not change the policy's annual review date listed in Attachment # 2.

2.  During the annual review process in PowerDMS, the Reviewing Authorities shall also review any audit tools that relate to the reviewed policy/regulation. Any recommended revisions to the audit tool shall be submitted at the time of review to the PDCU.

P.  Upon approval by the Commissioner or publication in the Massachusetts Register, the Director of the PDCU shall ensure notification to all institution/division/unit policy coordinators, as defined in 103 DOC 104.09, via PowerDMS.

Q.  The respective institution/division/unit policy coordinators are responsible for the notification and distribution of policies/regulations, as appropriate, to staff, incarcerated individuals and volunteers within their institution/division/unit.

R.  If a policy/regulation is revised prior to the annual review date, the same review process shall be followed as for annual reviews of a policy/regulation.

S.  Interested parties are encouraged to submit timely recommendations regarding policy/regulation modifications to Reviewing Authorities.

T.  The Director of the PDCU shall retain all Department Policies/Regulations electronically, via storage within PowerDMS. This storage process allows all documents to be stored with historical review content as well as the ability to search all current and archived documents indefinitely. In the event of a Department wide loss of computer infrastructure, a contingency plan for Continuity of Operations Plan (COOP) is located in the Policy Development and Compliance Unit.

U.  The Reviewing Authorities shall each maintain the permanent hard copy files of any and all archived versions of the Department Policies/Regulations prior to the establishment of PowerDMS permanently, for which they are responsible.

## 104.07    INSTITUTION/DIVISION/UNIT POLICY AND PROCEDURE MANUAL

A.  Each institution, division and Department unit shall develop and maintain a Policy and Procedure Manual, which may be in paper or electronic form that includes at a minimum, the following items:

1.  The mission, philosophy, goals and objectives of the institution/division/unit.

2.  All current policy statements promulgated by the Department's Central Administration.

3.      All procedures, rules, regulations and practices appropriate to the function of the institution/division/unit.  These manuals shall be available to all employees, and an orientation shall be conducted to familiarize employees with the documents that concern their respective jobs and where to locate them within PowerDMS.

4.      In the event of a Department wide loss of computer infrastructure, a contingency plan for Continuity of Operations Plan (COOP) is located in the ACA Policy Coordinator's office.

B.      Each institution/division/unit shall review each Department policy/regulation statement and, in accordance with Attachment #1, shall:

1.      Write a corresponding procedure (utilizing the Department's policy as a guide); or

2.      Adopt the policy/regulation as written; or

3.      Waive the policy. Refer to the exceptions to the ability to waive regulations in 103 DOC 104.04 (C).

C.      If a Superintendent/Division Head/Unit Director cannot implement any portion of a policy (excluding regulations) because of physical constraints of their institution or other specific limitations, they may apply for a waiver for that portion of the policy.  The waiver shall be submitted electronically, via PowerDMS, utilizing Attachment #6, and delineate the portion of the policy and the specific reason(s) for the inability to comply.  The waiver shall be submitted through the workflow review process to the appropriate ADC. Upon review, if the ADC denies the waiver request, the denied workflow will be returned to the institution through PowerDMS and further action will be taken by the institution if necessary. If the ADC recommends that the waiver request be approved, the document shall be forwarded, via the workflow, to the Reviewing Authority and then to the Commissioner for final approval. (Unless specified otherwise, approved waivers shall remain in effect for one (1) year and must be resubmitted for renewal on an annual basis.

D.      All statements contained in the institution/division/unit Policy and Procedure Manual shall comply with Department policy/regulation, applicable state and federal law, jurisdictional authority regulations, ACA standards, PREA standards, and shall conform to the Department's policy statement organization.

E.      The Superintendent/Division Head/Unit Director shall review and approve all institution/division/unit procedures.  Whenever a procedure is written from a Department policy/regulation, the institution/division/unit procedure shall be required to be reviewed and approved by the appropriate Reviewing Authority.

<u>**104.08**</u>         **ANNUAL REVIEW AND AMENDMENT PROCESS OF INSTITUTION/ DIVISION/UNIT PROCEDURES**

A.     All institution/division/unit procedures shall receive an annual review by the Superintendent/Division Head/Unit Director. Such a review shall, at a minimum, consist of the following:

1.     A review to ensure that the procedure is current, operationally sound, and consistent with the most current version of Department policy.

2.     A review that the procedure is consistent with ACA and PREA standards and jurisdictional authority's regulations.

B.     The approval process shall consist of the following:

1.     In cases where institutions/divisions/units are directed to adopt Department Policy (See Attachment #1), it shall be presumed that they have done so. Therefore, no written acknowledgment to the Reviewing Authority is necessary. However, when a Superintendent/Division Head/Unit Director seeks to vary from the direction provided in Attachment #1, The institution/division/unit shall submit the procedure for review and approval to the appropriate ADC and the Reviewing Authority. The justification for the need of a site-specific procedure shall be clearly stated in the PowerDMS discussion section of the workflow.

2.     Whenever procedures are required, according to Attachment #1, the institution/division/unit shall submit their procedures to the appropriate Reviewing Authority for approval via PowerDMS. If during the annual review, the institution/division/unit procedure was determined by the Superintendent/Division Head/Unit Director and other staff within the workflow, that no changes were necessary and the procedure ***did not change in any way***, the institution/division/unit may bypass the Reviewing Authority and shall note such in the discuss tab of the PowerDMS workflow as well as enter in a comment noting such in the "Advance to the next step" pop-up box. The Reviewing Authority has the option to review the procedure through the notification.

3.     If the procedure changes for any reason, the revisions shall be noted on the draft document utilizing the Edit on Desktop feature with track changes turned on. The procedure will then be reviewed and approved by the Superintendent/Division Head/Unit Director, and submitted to the Reviewing Authority for approval in PowerDMS. Each Reviewing Authority shall maintain a tracking process to monitor the submission of required procedures and shall take appropriate action respecting overdue or inadequate procedure

submissions. This may be accomplished by utilizing the reports function within PowerDMS.

4. Procedure reviews that are being delayed for any reason must have an in effect pending review workflow approved by the Superintendent/Division Head/Unit Director to maintain the procedure's annual review requirement. A comment in the PowerDMS workflow stating that the procedure remains in effect however substantive changes are currently pending, and projecting (if possible) a time-frame for distribution of the new procedure. Note: Such "extension" to an annual review date shall not change the procedure's annual review schedule that is set in PowerDMS.

5. All institution/division/unit procedures specific to a policy/regulation shall be comprehensively reviewed to ensure compliance with the respective policy/regulation by the respective reviewing authority.

C. The process of review by the Reviewing Authority shall consist of the following:

1. A comprehensive review of the procedure to ensure all the required language is included and adhered to.

2. Ensure all statements contained within the institution/division/unit procedure comply with Department policy/regulation, applicable state and federal law, jurisdictional authority regulations, ACA standards, PREA standards and conforms to the Department's policy statement organization.

3. As a result of the Reviewing Authority's review, the institution/division/unit procedure will be processed in one (1) of the following manners:

a. Approval: to which the procedure will be approved by the Reviewing Authority and returned to the institution/division/unit in PowerDMS.

b. Approved contingent upon changes: to which the procedure will be approved by the Reviewing Authority with conditions noted on changes that need to be made within the discussion section of the PowerDMS workflow. Changes shall be completed and re-submitted through the Superintendent/Division Head/Unit Director to the Reviewing Authority via a PowerDMS workflow within thirty (30) days.

c. Denial: to which the procedure is returned un-approved due to changes that need to be made prior to final approval. In this case, the Reviewing Authority shall specify the

necessary changes in the discussion section of the PowerDMS workflow. The Reviewing Authority shall deny the procedure workflow and a comment made as to why the review was not acceptable. Upon receipt of the denied workflow, the institution/division/unit shall make the necessary changes and the workflow be restarted to include review and approval by the Superintendent/Division Head/Unit Director. The workflow shall be re-submitted for re-evaluation, within thirty (30) days of the denial, to the Reviewing Authority.

4.     If a Department policy/regulation has been changed, appropriate action shall be taken; i.e., the new policy/regulation shall be adopted, waived, or appropriate procedures developed within the timeline established by the effective date.

D.     Interested parties are encouraged to submit timely recommendations regarding procedural modifications to Superintendents/Division Heads/Unit Directors.

E.     Each Superintendent/Division Head/Unit Director shall maintain a permanent file of all original institution/division/unit procedures via PowerDMS. All institution/division/unit procedures shall be maintained in a published state within the institution/division/unit procedure folder in PowerDMS. In the event of a Department wide loss of computer infrastructure, a contingency plan for Continuity of Operations Plan (COOP) is located in the ACA Policy Coordinator's office.

## 104.09     DISSEMINATION OF POLICIES, REGULATIONS AND PROCEDURES

A.     A copy of any revised policy, attachment or SOP containing the track changes of the policy shall be uploaded to the Monthly Policy Review folder in PowerDMS showing which section(s) were deleted and which section(s) were added, using underlining for additions and the strikethrough font for deletions.

B.     A notification shall be posted on the PowerDMS homepage notifying all staff of any and all policy/regulation reviews.

C.     Expeditious dissemination of approved, new, or revised policies, regulations and procedures to designated staff, volunteers, and when appropriate, to incarcerated individuals prior to their effective date, shall be required at all levels of the system.

## 104.10     PUBLIC ACCESS

A.     In accordance with M.G.L. Chapter 66, Section 10, the Fair Information Practices Act ("FIPA"), the public shall be allowed to read and/or copy Department policy statements and institution/division/unit procedure,

except those classified confidential or otherwise excludable under FIPA. See Attachment #1 for direction as to whether a policy and procedure is restricted or accessible by the public.

1.  The PDCU shall be responsible for maintaining PowerDMS with a listing of policies/regulations that have been annually reviewed and/or amended.

2.  Upon the monthly policy/regulation review, the PDCU shall be responsible for checking policies for public accessibility in accordance with 103 DOC 104, Attachment #1.

3.  The PDCU shall send a copy of the policies/regulations that have been reviewed and/or amended to the Communications and Administrative Resolution Unit to ensure the most current policies/regulations that are for public accessibility are posted on www.mass.gov.

B.  Incarcerated individuals are considered members of the public for accessibility purposes. Current copies of all policies that are publicly accessible, as well as all regulations, shall be routinely maintained in incarcerated individual library areas.

1.  Prior to being placed in the incarcerated individual library, institution procedures shall be thoroughly reviewed to ensure that there is no sensitive information (i.e., procedures relating to security responses, location of security equipment, etc.) that could jeopardize the secure running of an institution. This provision shall also apply to institution procedures that are requested by the public.

C.  Members of the public may direct requests to review policies and procedures to institution/division/unit staff or to the Communications and Administrative Resolution Unit. Each Superintendent/Division Head/Unit Director shall designate staff to handle such requests expeditiously.

D.  Designated staff shall allow or deny access according to Attachment #1.

E.  Upon denial of requested access, the designated staff person shall inform the person requesting access of their right to appeal in writing to the respective policy and procedure Reviewing Authority, whose decision shall be final. Prior to rendering a final denial, the Reviewing Authority shall consult with the Department's Legal Division.

F.  Should access be allowed, the person requesting such access shall be allowed an opportunity to review the policy and procedure at no cost. Copies of requested documents shall be provided in accordance with Massachusetts Public Records Law.

## DEPARTMENT POLICY/REGULATION ASSIGMENTS

| Policy # | Title | Div/Units | Max | Med | Min | Pre-Release | PUBLIC ACCESS |
|---|---|---|---|---|---|---|---|
| 100 | Department Mission, Vision, and Quarterly/Annual Reports | A | A | A | A | A | YES |
| 101 | Correctional Institutions/Security Levels | A | A | A | A | A | YES |
| 102 | Organizational Functions/Staff Meetings | A/P | A/P | A/P | A/P | A/P | YES |
| 103 | Delegation of Authority | A/P | A/P | A/P | A/P | A/P | YES |
| 104 | Internal Regulations | A | A | A | A | A | YES |
| 105 | Department Duty Station | A/P; N/A | A/P | A/P | A/P | A/P | YES |
| 108 | Program/Facility Access for Handicapped Persons | A | A | A | A | A | YES |
| 112 | Institution Assessment/Inspection | A/P; N/A | A/P | A/P | A/P | A/P | YES |
| 119 | Security Radio Network | A; N/A | A | A | A | A | NO |
| 122 | Vehicle Usage and Control | A/P; N/A | A/P | A/P | A/P | A/P | YES |
| 131 CMR | New Media Relations | A | A | A | A | A | YES |
| 131 CMR | New Media Relations Attachments | A | A | A | A | A | YES |
| 132 | Interagency & Federal Agency Relations | A | A | A | A | A | YES |
| 133 | Public Relations | A | A | A | A | A | YES |
| 139 | Private Organizations | A | A | A | A | A | YES |
| 153 | CORI Regulations | A | A | A | A | A | YES |
| 154 | Central Office Records | A/P; N/A | N/A | N/A | N/A | N/A | YES |
| 155 CMR | Inmate Six-Part Folder | A | A | A | A | A | YES |
| 156 | Destruction of Inmate Records | A/P; N/A | A | A | A | A | YES |
| 157 CMR | Evaluative Information | A | A | A | A | A | YES |
| 157 CMR | Evaluative Information Attachments | A | A | A | A | A | YES |
| 158 | Disposal of Outdated Documents | A | A | A | A | A | YES |
| 172 | Community Relations Board | N/A | A/P | A/P | A/P | A/P | YES |
| 175 | Department Strategic Planning, Management, Accountability and Performance Process | A | A | A | A | A | YES |
| 179 CMR | Restrictive Housing Oversight Committee | A | A | A | A | A | YES |
| 180 CMR | Regulations Governing Research & Evaluation | A | A | A | A | A | YES |
| 181 | Regulations Governing Statistical Reporting | A | A | A | A | A | YES |
| 201 | Selection & Hiring | A | A | A | A | A | YES |
| 202 | Civil Service & The Massachusetts Human Resources Division | A | A | A | A | A | YES |
| 203 | Employee Smoking | A | A | A | A | A | YES |
| 204 | Personnel Records | A | A | A | A | A | YES |
| 205 | Position Classification | A | A | A | A | A | YES |
| 206 | ADA Employee Reasonable Accommodations and Self-Identification of Disability | A | A | A | A | A | YES |
| 208 | Personnel Orientation | A | A | A | A | A | YES |
| 209 | Sick Leave | A | A | A | A | A | YES |
| 210 | Pay Administration | A/P | A/P | A/P | A/P | A/P | YES |

| Policy # | Title | Div/ Units | Max | Med | Min | Pre-Release | PUBLIC ACCESS |
|---|---|---|---|---|---|---|---|
| 210A | Coding of Overtime | A | A | A | A | A | YES |
| 211 | Employee Benefits | A | A | A | A | A | YES |
| 213 | Alternative Work Options | A | A | A | A | A | YES |
| 214 | Employee Meals | A | A | A | A | A | YES |
| 215 | Conflict of Interest and American Correctional Association Code of Ethics | A | A | A | A | A | YES |
| 216 | Training | A/P | A/P | A/P | A/P | A/P | YES |
| 220 | Employee Rules & Regulations | A | A | A | A | A | YES |
| 221 | Temporary Modified Work Program | A | A | A | A | A | YES |
| 222 | Employee Performance Evaluation | A | A | A | A | A | YES |
| 223 | Separations | A | A | A | A | A | YES |
| 224 | Uniforms | A | A | A | A | A | YES |
| 225 | Professional Boundaries Policy | A | A | A | A | A | YES |
| 226 | Internship Policy | A | A | A | A | A | YES |
| 229 | Awards Program | A | A | A | A | A | YES |
| 230 | Discipline and Termination | A | A | A | A | A | YES |
| 237 | Prevention and Elimination of Workplace Violence | A | A | A | A | A | YES |
| 238 | Policy for the Prohibition of Sexual Assault, Domestic Violence and Harassment | A | A | A | A | A | YES |
| 239 | Policy for the Prevention and Elimination of Discrimination and Retaliation in the Workplace | A | A | A | A | A | YES |
| 240 | Employee Drug Testing/Screening | A | A | A | A | A | YES |
| 250 | Labor Relations General | A | A | A | A | A | YES |
| 270 | Labor Relation/ Employee Grievance Procedure | A | A | A | A | A | YES |
| 300 | Annual Budget | A | A | A | A | A | YES |
| 339 | Materials & Supplies/ Inventory & Control | A | A | A | A | A | YES |
| 340 | Purchasing Procedures | A | A | A | A | A | YES |
| 341 | Recycling Policy | A/P | A/P | A/P | A/P | A/P | YES |
| 342 | Rentals/Leases | A | A | A | A | A | YES |
| 343 | Fixed Assets Inventory and Control | A | A | A | A | A | YES |
| 344 | Personal Insurance Coverage | A | A | A | A | A | YES |
| 345 | Department Payment Procedures | A | A | A | A | A | YES |
| 346 | Department Internal Control Procedures | A | A | A | A | A | YES |
| 400 | Inmate Management | A | A/P | A/P | A/P | A/P | YES |
| 401 | Inmate Booking and Admissions | N/A | A/P | A/P | A/P | A/P | YES |
| 402 | Inmate Identification | A; N/A | A/P | A/P | A/P | A/P | YES |
| 403 CMR | Inmate Property | A; N/A | A/P | A/P | A/P | A/P | YES |
| 403 CMR | Inmate Property SOP | A; N/A | A | A | A | A | YES |
| 404 | Inmate Release Policy | N/A | A | A | A | A | NO |
| 405 CMR | Inmate Funds | N/A | A | A | A | A | YES |
| 405 CMR | Inmate Funds SOP | N/A | A | A | A | A | YES |
| 407 | Victim Services Unit | N/A | A | A | A | A | YES |
| 408 | Reasonable Accommodations for Inmates | A | A | A | A | A | YES |
| 408 | Reasonable Accommodations for Inmates SOP | A | A | A | A | A | YES |
| 410 CMR | Sentence Computations | N/A | A | A | A | A | YES |
| 411 CMR | Deduction from Sentence | N/A | A/P | A/P | A/P | A/P | YES |
| 411 CMR | Deduction from Sentence SOP | N/A | A | A | A | A | YES |

| Policy # | Title | Div/Units | Max | Med | Min | Pre-Release | PUBLIC ACCESS |
|---|---|---|---|---|---|---|---|
| 411 CMR | Deduction from Sentence Attachments | N/A | A | A | A | A | YES |
| 417 | Criminal History Record Information | A | A | A | A | A | YES |
| 418 | Early Parole Consideration | N/A | A | A | A | A | YES |
| 419 | Federal/Interstate Compact | N/A | A | A | A | A | YES |
| 420 CMR | Classification | A; N/A | A | A | A | A | YES |
| 420 CMR | Classification SOP - Audio Recording of Juvenile Lifer Hearings | A; N/A | A | A | A | A | YES |
| 420 CMR | Classification SOP - Procedure for Subsequent Review | A; N/A | A | A | A | A | YES |
| 420 CMR | Classification Attachments | A; N/A | A | A | A | A | YES |
| 421 CMR | Department Segregation Units | N/A | A/P | N/A | N/A | N/A | YES |
| 422 | Department Protective Custody Units | N/A | A/P; A | A/P; A | A | A | YES |
| 423 CMR | Restrictive Housing | N/A | A | A | N/A | N/A | YES |
| 423 CMR | Restrictive Housing Attachments | N/A | A | A | A | A | YES |
| 424 CMR | Phase Treatment Program | N/A | N/A | N/A A-BSH | N/A | N/A | YES |
| 425 CMR | Placement Reviews in Secure Treatment Units | N/A | A | A | N/A | N/A | YES |
| 426 | Conflicts | A | A | A | A | A | YES |
| 427 | Behavior Assessment Units and Secure Adjustment Units | N/A | A/P | A/P; A | N/A | N/A | YES |
| 430 CMR | Inmate Discipline | A; N/A | A | A | A | A | YES |
| 431 CMR | Observation of Behavior Reports | N/A | N/A | N/A A-MTC | N/A | N/A | YES |
| 441 | Inmate Training and Education | N/A | A | A | A | A | YES |
| 444 | Inmate Smoking | A; N/A | A | A | A | A | YES |
| 445 | Substance Use Programs | N/A | A/P | A/P | A/P | A/P | YES |
| 445 | Substance Use Programs MAT SOP | N/A | A | A | A | A | NO |
| 446 | Sex Offender Management | N/A | A | A | A | A | YES |
| 447 | Sex Offender Identification | A | A | A | A | A | NO |
| 450 | Institution Work Assignments | N/A | A/P | A/P | A/P | A/P | YES |
| 451 | Inmate Community and Facility Work Crews | A; N/A | A/P | A/P | A/P | A/P | NO |
| 453 CMR | Selection Procedures for Cadre Positions | N/A | N/A | N/A | A | A/P | YES |
| 455 CMR | Correctional Industries | N/A | A/P | A/P | A/P | N/A | YES |
| 455 CMR | Correctional Industries SOP | A | N/A | A | N/A | N/A | YES |
| 458 | Qualified Examiner Evaluations Pursuant to MGL C. 123A | A | A | A | A | A | YES |
| 459 | Massachusetts Treatment Center Community Access Board | N/A | N/A | N/A A-MTC | N/A | N/A | YES |
| 460 CMR | Transfer Procedures for the Massachusetts Treatment Center | N/A | N/A | N/A A-MTC | N/A | N/A | YES |
| 461 | Inmate Transfer | A; N/A | A | A | A | A | YES |
| 462 CMR | International Transfer Policy | A | A | A | A | A | YES |
| 463 CMR | Furloughs | A | A | A | A | A | YES |
| 463 CMR | Furloughs SOP | A | A | A | A | A | YES |
| 463 CMR | Furloughs Attachments | A | A | A | A | A | YES |
| 464 CMR | Work Release | N/A | N/A | N/A | N/A | A/P | YES |
| 465 CMR | Education and Training Release | N/A | N/A | N/A | N/A | A/P | YES |
| 466 | Program Related Activity | N/A | A | A | A | A | YES |
| 467 | Inmate Absentee Voting | N/A | A | A | A | A | YES |
| 468 | Electronic Monitoring | N/A | A | A | A | A | YES |
| 471 CMR | Religious Programs and Services | N/A | A | A | A | A | YES |

| Policy # | Title | Div/ Units | Max | Med | Min | Pre- Release | PUBLIC ACCESS |
|---|---|---|---|---|---|---|---|
| 471 CMR | Religious Programs and Services SOP | N/A | A | A | A | A | YES |
| 472 | Inmate Recreation and Leisure Activities | N/A | A | A | A | N/A | YES |
| 472 | Inmate Recreation and Leisure Activities SOP | N/A | A | A | A | A | YES |
| 473 | Inmate Self Improvement Groups | N/A | A | A | A | A | YES |
| 475 | Inmate Tablets | N/A | A/P | A/P | A/P | A/P | YES |
| 476 | Canteen and Vending Machine Operations and Expenditures | N/A | A/P | A/P | A/P | A/P | YES |
| 477 CMR | Avocation Programs | N/A | N/A; A/P | N/A; A/P | N/A; A/P | N/A; A/P | YES |
| 478 CMR | Library Services | N/A | A/P | A/P | A/P | A/P | YES |
| 481 CMR | Inmate Mail | N/A | A/P | A/P | A/P | A/P | YES |
| 481 CMR | Inmate Mail SOP | N/A | A | A | A | A | YES |
| 481 CMR | Inmate Mail Attachments | N/A | A | A | A | A | YES |
| 482 CMR | Telephone Access and Use | N/A | A/P | A/P | A/P | A/P | YES |
| 482 CMR | Telephone Access and Use SOP | N/A | A | A | A | A | YES |
| 483 CMR | Visiting Procedures | N/A | A/P | A/P | A/P | A/P | YES |
| 483 CMR | Visiting Procedures Attachments | N/A | A | A | A | A | YES |
| 485 CMR | Volunteers and Volunteer Programs | N/A | A/P | A/P | A/P | A/P | YES |
| 485 CMR | Volunteers and Volunteer Programs Attachments | N/A | A | A | A | A | YES |
| 486 CMR | Attorney Access at Massachusetts Correctional Institutions | N/A | A | A | A | A | YES |
| 486 CMR | Attorney Photograph Procedures SOP | N/A | A | A | A | A | YES |
| 486 CMR | Attorney Video Visits SOP | N/A | A | A | A | A | YES |
| 486 CMR | Attorney Access at Massachusetts Correctional Institutions Attachments | N/A | A | A | A | A | YES |
| 487 | DNA Sample Collection | N/A | A | A | A | A | YES |
| 488 | Interpreter Services | N/A | A | A | A | A | YES |
| 491 CMR | Inmate Grievance | A; N/A | A/P | A/P | A/P | A/P | YES |
| 491 CMR | Inmate Grievance SOP | A; N/A | A | A | A | A | YES |
| 491 CMR | Inmate Grievance Attachments | A; N/A | A | A | A | A | YES |
| 492 | Inmate Weddings | N/A | A | A | A | A | YES |
| 493 | Reentry Policy | N/A | A | A | A | A | YES |
| 501 | Institution Security Procedures | A/P | A/P | A/P | A/P | A/P | NO |
| 502 | Control of Locks and Keys | A/P | A/P | A/P | A/P | A/P | NO |
| 504 | Security Inspections | A/P | A/P | A/P | A/P | A/P | NO |
| 505 CMR | Use of Force | A | A | A | A | A | YES |
| 505 CMR | Use of Force SOP | A | A | A | A | A | YES |
| 505 CMR | Use of Force Attachments | A | A | A | A | A | YES |
| 506 | Search Policy | A; N/A | A/P | A/P | A/P | A/P | YES |
| 506 | Search Policy SOP – BOSS Chair | N/A | A | A | A | A | NO |
| 506 | Search Policy SOP – B-Scan Body Scanner | N/A | A | A | A | N/A | NO |
| 506 | Search Policy SOP – Metrasense Plus – Ultra Detector | N/A | A | A | A | A | NO |
| 507 | Security Equipment | A/P; N/A | A/P | A/P | A/P | A/P | YES |
| 508 | Firearms | A/P; N/A | A/P | A/P | A/P; N/A | N/A | YES |
| 509 | OC/Chemical Agents/Specialty Impact Munitions/Distraction | A; N/A | A | A | A | A | YES |

| Policy # | Title | Div/ Units | Max | Med | Min | Pre- Release | PUBLIC ACCESS |
|---|---|---|---|---|---|---|---|
| | Devices, Batons, and Electronic Control Devices | | | | | | |
| 510 | Staffing Analysis | A/P; N/A | A/P | A/P | A/P | A/P | NO |
| 511 | Institution Tool Control | A/P; N/A | A/P | A/P | A/P | A/P | NO |
| 512 | Post Orders | A/P; N/A | A/P | A/P | A/P | A/P | NO |
| 513 | Inmate Accountability | A/P; N/A | A/P | A/P | A/P | A/P | NO |
| 514 | Security Threat Group Management | A | A | A | A | A | NO |
| 515 | Security Employees Assigned to a Special Management Unit | N/A | A | A | N/A | N/A | NO |
| 516 | Special State Police Commissions | A | A | A | A | A | NO |
| 517 | Department Identification Policy | A | A | A | A | A | NO |
| 518 | Inner Perimeter Security Team (IPS) | A | A | A | A | A | NO |
| 519 | Sexual Harassment/Abuse Response Prevention Policy (SHARPP) | A | A | A | A | A | YES |
| 520 | Instruments of Restraint | N/A | A/P | A/P | A | A | YES |
| 520 | Instruments of Restraint SOP | N/A | A | A | A | A | YES |
| 521 | Outside Hospital Security Procedures | A; N/A | A | A A/P- LSH | A | A | NO |
| 522 | Professional Standards Unit | A | A | A | A | A | YES |
| 523 | Criminal Investigations and Prosecutions | A | A | A | A | A | NO |
| 525 | Inmate Substance Abuse Monitoring and Testing | N/A | A/P | A/P | A/P | A/P | YES |
| 527 | Security Risk Inmates | N/A | A | A | A | A | NO |
| 530 | Inmate Transportation | A/P; N/A | A/P | A/P | A/P | A/P | NO |
| 550 | Escape Policy | A/P; N/A | A/P | A/P | A/P | A/P | NO |
| 558 | K-9 Units | N/A | A | A | A | A | YES |
| 559 | Special Operations Response Units | A; N/A | A | A | A | N/A | NO |
| 560 | Disorder Management | A/P | A/P | A/P | A/P | A/P | NO |
| 561 | Planned Institutional Searches Conducted by the Special Operations Response Unit | A | A | A | A | A | YES |
| 562 | Code 99 Emergency Response Guidelines | N/A | A/P | A/P | A/P | A/P | NO |
| 601 | Division of Health Services – Organization | N/A | A | A | A | A | YES |
| 603 | Medical Parole | N/A | A | A | A | A | YES |
| 604 | Outside Hospital Relations | N/A | A/P | A/P | A/P | A/P | YES |
| 607 | Inmate Medical Records | N/A | A/P | A/P | A/P | A/P | YES |
| 610 | Clinical Contract Personnel and the Role of DOC Health Services | N/A | A | A | A | A | YES |
| 620 | Special Health Care Practices | N/A | A/P | A/P | A/P | A/P | YES |
| 621 | Do Not Resuscitate (DNR) Orders | A | A | A | A | A | YES |
| 622 | Death Procedures | A/P; A | A/P | A/P | A/P | A/P | YES, not Attachment A |
| 630 | Medical Services | N/A | A/P | A/P | A/P | A/P | YES |
| 631 | Communicable Diseases | N/A | A | A | A | A | YES |
| 640 | Dental Services | N/A | A/P | A/P | A/P | A/P | YES |
| 650 | Mental Health Services | N/A | A/P | A/P | A/P | A/P | YES |
| 650 | Mental Health Services SOP | N/A | A | A | A | A | YES |

| Policy # | Title | Div/ Units | Max | Med | Min | Pre- Release | PUBLIC ACCESS |
|---|---|---|---|---|---|---|---|
| **651** | Use of Seclusion and Restraint for Bridgewater State Hospital | N/A A-BSH | N/A A-BSH | N/A A-BSH | N/A A-BSH | A | YES |
| **652** | Identification, Treatment, and Correctional Management, of Inmates with Gender Dysphoria | N/A | A | A | A | A | YES |
| **653** | Identification, Treatment, and Correctional Management, of Gender Non-Conforming Inmates | N/A | A | A | A | A | YES |
| **660** | Medical Supplies and Equipment | A/P; N/A | A/P | A/P | A/P | A/P | YES |
| **661** | Pharmacy and Medication | N/A | A/P | A/P | A/P | A/P | YES |
| **662** | Clinical Trials and Medical Research Involving Inmate Participation | N/A | A | A | A | A | YES |
| **700** | Site Selection | N/A | N/A | N/A | N/A | N/A | YES |
| **703** | Design Criteria and Planning Guidelines | A | A | A | A | A | YES |
| **730** | Fire Prevention and Safety | A/P | A/P | A/P | A/P | A/P | YES |
| **740** | Maintenance and Sanitation Standards | A | A/P | A/P | A/P | A/P | YES |
| **750** | Hygiene Standards | A | A/P | A/P | A/P | A/P | YES |
| **751** | Information Technology (IT) Security | A | A | A | A | A | NO |
| **751** | Information Technology (IT) Security SOP | A | A | A | A | A | YES |
| **755** | Clothing, Linen, and Laundry | N/A | A/P | A/P | A/P | A/P | YES |
| **756** | Information Technology Systems | A | A/P | A/P | A/P | A/P | YES |
| **757** | Internet, Intranet, and VPN Procedures | A | A | A | A | A | YES |
| **758** | E-Mail Policy | A | A | A | A | A | YES |
| **759** | Security Technology Policy | A | A | A | A | A | YES |
| **760** | Food Service | N/A | A/P | A/P | A/P | A/P | YES |
| **761 CMR** | Access to Therapeutic Diets and Medical Care | N/A | A/P | A/P | A/P | A/P | YES |
| **762** | Inmate Haircut Fees | A; N/A | A/P | A/P | A/P | A/P | YES |
| **763** | Inmate Medical Co-Payments | N/A | A/P | A/P | A/P | A/P | YES |

A = Adopt DOC policy
A/P = Adopt policy and write institution/division/unit procedure
N/A = Not Applicable

Attachment #2

## REVIEWING AUTHORITY POLICY/REGULATION ASSIGNMENT/REVIEW SCHEDULE

**(Note: policies denoted by an asterisk indicate those that require review for female offender issues/concerns.)**

| REVIEWING AUTHORITY | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assistant Deputy Commissioner, Northern Sector | | | | | | | | | | | 403* | | 1 |
| Assistant Deputy Commissioner, Southern Sector | | | | | | | | 460 | 424 459 | | 341 | | 4 |
| Executive Chief, Investigative Services | | | 519* | | | | 518 | | 523 | 514* | 105 | 522 | 6 |
| Chief of Staff | | 229 | 172 | 131 | 132 407 430* | 133 | | 139 | | | | 491* | 9 |
| Commissioner | 487 | | | | | 102 | | | 101 | | 100* 103 | | 5 |
| Deputy Commissioner, Administration | 345 730 760* | 214 751 759 | 340 342 | 761* | 339 343 455 476* | 405 740 756 757 | | 224 700 | 344 346 758 762 | 210A 300 | 108* | 703* | 27 |
| Deputy Commissioner, Career & Professional Development | 209 230 | 201 202 223 | | 204 210 237 | 221 | 205 | 250 270 | 213 216* 240 | 220 | 225 226 239 | 203 206 222 | 208 211 238 | 25 |
| Deputy Commissioner, Clinical Service & Reentry | 154 488 622 652 | 462* 465* 660* | 453 473 604 | 155* 157 404* 445* 620* | 410 650* 763* | 419* 461* 466* 472* 610 | 420* 477 603 607 651 | 411 478 640 653 | 408* 418 464* 471* 631* | 417 446* 485 621 630* | 441 467 492 493* 661 662 | 425 447 458 463* 601 | 53 |
| Deputy Commissioner, Prison Division | 550 | 426 451* 530 | 516 527 561 | 475 482 | 179 422 468 507 508 | 509 515 562 | 444 505 517 | 421* 423* 431 559 560 | 122 520* | | 119 427 558 | | 30 |
| Director, Policy Development and Compliance Unit | 400* 401* | 483* | 104 215 525 | 501 512 755* | 513* | 504 | 402 | | 450* 481 | 502 506 510 511 750* | 112 | 521* | 21 |
| Executive Director, Strategic Planning & Research | | 175 | | | | | 181 | | | | | 180* | 3 |
| General Counsel | 153 | 156 | | | | | 486 | | | 158 | | | 4 |
| **Total** | **14** | **16** | **13** | **15** | **17** | **16** | **14** | **16** | **18** | **17** | **19** | **13** | **188** |

Attachment #3

# DOC POLICY/REGULATION/PROCEDURE FORMAT

I.      <u>**PROGRAM, FONTS, MARGINS, LINE SPACING, AND JUSTIFICATION**</u>

     A.      All policies shall be completed in PowerDMS utilizing "Edit on Desktop".

     B.      All regulations shall be uploaded to PowerDMS in the format it was published with the state register.

     C.      To facilitate policies/procedures in PowerDMS, utilize the "Edit on Desktop" feature. Once the draft document opens, the "Track Changes" feature shall be used to make any modifications. From the toolbar, select "Review" and "Track Changes". Select "Track Changes". Then revise the draft version of the existing policy/procedure by deleting or adding text as necessary. Once completed, "save" the changes and close the document.

     D.      All policies/procedures shall use the following font: Times New Roman, 12PT.

     E.      All policies/procedures shall use margins at 1" all around (top, bottom, left, right). Margins should stay at 1" throughout your policy.

     F.      Single spacing throughout the policy/procedure.

     G.      The text alignment should be set to "Justify" throughout the policy/procedure.

     H.      The policy/procedure title shall be in all caps. The policy/procedure subsection title shall be in all caps. Any references to other policies, regulations, SOP's, shall have the policy number (i.e., 103 DOC 104), followed by the policy title which shall be italicized (i.e., *Internal Regulations).*

II.      <u>**TABLE OF CONTENTS**</u>

     A.      The Table of Contents shall be on page two (2) of the policy/procedure. The Table of Contents shall be formatted within a table with no outline as shown in the example below.

     B.      The Table of Contents shall contain only the specific sections of the policy/procedure.

     C.      The Table of Contents shall not list the sections found on page one (1), i.e., Purpose, References, etc. Page one (1) of every policy/procedure shall always be the same so there is no need to list these sections in the Table of Contents.

     D.      All attachments to a policy/procedure shall be listed in the Table of Contents within its own section as shown below. Even if the attachment is not available on the intranet/Powerdms, it should be listed within the attachment section of the Table of Contents. If an attachment is not located on the intranet/PowerDMS then the Table of Contents shall read as follows: Attachment #1 (not on intranet/PowerDMS).

## TABLE OF CONTENTS

104.01   Department of Correction Policy Statements                3

104.02   Approving Authority                                       3

104.03   Department Reviewing Authority Duties                     3

## ATTACHMENTS

Attachment #1      DOC Policy Assignments by Security Levels       19

Attachment #2      Policy Review Chart/Accessibility List          24

Attachment #3      Guide for DOC Policy Format                     25

**III.** **POLICY FOOTERS**

A.   Policies/procedures shall be numbered and dated by footers only. The footer shall also contain "**PRIVATE**", in red bold font for all policies, procedures, standard operating procedures, and attachments that are NOT for public distribution. The footer shall contain "**PUBLIC**", in black bold font, for all policies, procedures, standard operating procedures, and attachments that ARE approved for public distribution.

B.   Format the footers on the first page of the policy/procedure (i.e., cover page) as follows:

**January 2023**          **PUBLIC or PRIVATE**          **Page 1 of #**

The last annual review date of the policy on the bottom left, **PUBLIC** OR **PRIVATE** in the middle and the page number on the bottom right.

1.   TO CREATE A POLICY FOOTER:

a.   At the end of the cover page, complete the following:

- On the tool bar go into **insert**, then **page number**

- Select **bottom of the page, Bold Numbers 3**

b.   In the footer window, type in the appropriate month and year on the left side, **PUBLIC** or **PRIVATE** in the middle. Next, highlight all the text and change the font to Times New Roman, 12pt.

**IV.**     **POLICY FORMAT**

The template below shall be used for page one (1) on all policies and contains all the information required on the cover page.

| Massachusetts Department of Correction **POLICY** | Effective Date<br><br>1/4/2010 | Responsible Division<br><br>Policy Development and Compliance Unit |
|---|---|---|
| | Annual Review Date<br><br>8/1/2019 | |

| Policy Name<br><br>103 DOC 104<br>INTERNAL REGULATIONS/POLICIES | M.G.L. Reference:<br>References include MGL, outside agency CMRs, Acts (i.e., ADA), etc. |
|---|---|
| | DOC Policy Reference:<br>103 DOC 501; 103 CMR 481 |
| | ACA/PREA Standards:<br><br>2-CO-1F-11; 4-ACRS-1A-09;5-ACI-1A-14 |

| Attachments<br>Yes ☒    No ☐ | Incarcerated Individual Library<br>Yes ☒    No ☐ | Applicability:<br>Staff, Incarcerated Individual, etc. |
|---|---|---|
| Public Access<br>Yes ☒    No ☐ | | Location:<br>Department Central Policy File<br>Superintendents/Unit Directors Policies Files |

**PURPOSE**:
To establish guidelines for the Department of Correction ("Department") planning process. **(Please state the purpose of the policy only).**

**RESPONSIBLE STAFF FOR IMPLEMENTATION AND MONITORING OF POLICY:**
Director of the Policy Development and Compliance Unit
Superintendents

**CANCELLATION**:
103 DOC 104 cancels all previous Department policy statements, bulletins, directives, orders, notices, rules or regulations regarding Internal Regulations/Policies which are inconsistent with this document.

**SEVERABILITY CLAUSE:**
If any part of 103 DOC 104 is for any reason, held to be in excess of the authority of the Commissioner, such decision shall not affect any other part of this policy.

A.     The Table of Contents shall then be added as page 2 (two) and the remainder of the policy shall then be added.

B.     The appropriate way to outline the policies shall follow the format below:

>104.01
>>A.
>>>1.
>>>>a.
>>>>>i.
>>>>>>thereafter bullets.

## V.     <u>POLICY ATTACHMENTS</u>

A.     Reviewing Authorities shall include all attachments electronically as part of the policy at the time the policy is submitted for review.   (Attachments are not appropriate for regulations).

B.     If a Reviewing Authority is unable to include an attachment with the policy, i.e., attachments from other agencies, then it is incumbent upon the Reviewing Authority to provide all institutions/divisions/units with the appropriate attachments.   However, every effort shall be made to submit all attachments electronically.

C.     In the event that an attachment cannot be submitted electronically with the policy being submitted for review, Reviewing Authorities shall designate a blank page(s) within the policy to show where that attachment would have been placed.   The blank page(s) shall read **Attachment #1, not on intranet/PowerDMS**. The rationale for this requirement is to not only ensure that staff members viewing the policy via PowerDMS can see that there is an attachment(s) missing, but to ensure that the hard copy and the PowerDMS file coincide with each other.

## VI.    PROCEDURE FORMAT

The template below shall be used for page one (1) on all procedures and contains all the information required on the cover page.

| Massachusetts<br>Department of Correction<br><br>**Institution Name**<br>**PROCEDURE** | Superintendent Approval Date |  |
|---|---|---|
| | Reviewing Authority Approval Date | |
| Procedure In accordance with:<br><br>103 DOC 400<br>Inmate Management | **Internal Reviewing Authority:**<br><br>Deputy Superintendent of Re-Entry<br>Director of Security | |
| | ACA/PREA Standards:<br><br>2-CO-1F-11, 4-ACRS-1A-09; 5-ACI-1A-14 | |
| | Applicability:  Staff/Incarcerated Individual, etc. | |

| Attachments<br>Yes ☒    No ☐ | Incarcerated<br>Individual Library<br>Yes ☒     No ☐ | Public Access<br>Yes ☒       No ☐ |
|---|---|---|

**Superintendent's Policy/Regulation Review Chart**                    Attachment #4

| INSTITUTION | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Boston Pre-Release Center | 131 482 | 763 | 461 | 505 | 700 | 520 | 621 | 206 | 703 | 550 | 175 156 | 527 |
| Lemuel Shattuck Correctional Unit | 445 | 407 455 | 515 | 181 | 411 | 631 220 | 446 | 108 | 447 | 622 | 462 | 561 |
| Massachusetts Alcohol and Substance Abuse Center @ Plymouth | 204 | 132 | 205 405 | 250 | 560 | 758 424 | 300 | 467 119 | 208 | 209 | 201 | 172 |
| Massachusetts Treatment Center | 157 | 468 | 102 133 | 444 | 460 | 408 | 485 | 203 | 180 | 652 | 465 | 221 340 |
| MCI Concord | 404 | 410 513 | 562 | 603 651 | 478 | 471 | 417 | 103 493 | 601 | 154 | 759 | 104 |
| MCI Framingham | 512 | 430 | 472 179 | 402 | 224 559 | 523 | 502 | 105 | 463 | 401 | 451 | 473 |
| MCI Norfolk | 237 | 343 | 504 | 477 | 421 431 | 418 344 | 239 225 | 662 | 238 | 760 | 223 | 519 |
| MCI Shirley | 210 | 508 | 757 | 486 270 | 139 | 481 762 | 511 | 441 | 521 | 230 | 483 | 342 |
| Old Colony Correctional Center | 155 | 476 427 | 509 | 607 | 640 | 464 | 210A 226 | 100 112 | 425 | 488 | 751 | 215 |
| Pondville Correctional Center | 755 | 507 | 610 | 653 | 213 | 450 | 506 | 341 558 | 491 522 | 153 | 530 202 | 453 |
| North Central Correctional Center | 501 | 422 | 466 740 | 517 | 240 | 122 | 514 | 403 492 | 211 | 400 | 426 | 604 |
| Northeastern Correctional Center | 620 | 650 | 419 | 518 | 216 | 101 | 630 750 | 222 | 458 | 487 730 | 660 | 516 |
| Souza Baranowski Correctional Center | 761 | 339 | 756 | 420 | 423 | 459 346 | 510 158 | 661 | 475 | 345 | 214 229 | 525 |
| TOTALS | 14 | 16 | 17 | 15 | 15 | 18 | 17 | 18 | 13 | 14 | 16 | 14 |

Attachment #5

## SUPERINTENDENT'S POLICY/REGULATION CHANGE SHEET

Policy/Regulation #:  _____

Policy/Regulation Title: _____

Institution: _____

Superintendent's Signature: _____    Date: _____

-----------------------------------------------------------------------------------------------------------------

**Additions** (what and why, please be specific as to which sections):

_____
_____
_____
_____
_____

**Deletions** (what and why, please be specific as to which sections):

_____
_____
_____
_____
_____

**Additional Comments** (impact of revisions, e.g., budgetary, training, etc.):

_____
_____
_____
_____
_____

Submit this form through PowerDMS to the Policy Development and Compliance Unit by the last business day of the month.

cc:    Assistant Deputy Commissioner

Attachment #6



| Massachusetts Department of Correction<br><br>**Institution Name Here WAIVER** | Procedure In accordance with:<br><br>Policy # and Name Here |
|---|---|

| **Superintendent**<br>**Approval Date:** Click here to enter a date. |
|---|
| **Assistant Deputy Commissioner**<br>**Approval Date:** Click here to enter a date. |
| **Reviewing Authority**<br>**Approval Date:** Click here to enter a date. |
| **Commissioner**<br>**Approval Date:** Click here to enter a date. |

| Section of Policy Requesting to be Waived: |
|---|
| **Specifically outline the portion of the policy being sought to be waived and the reason operationally the facility cannot comply:** |

Attachment #7

## Committee/Meeting Policy/Regulation Change Form

TO:     _____
        Appropriate Policy/Regulation Reviewing Authority

FROM:   _____
        Committee Chair/Staff Person

DATE:   _____


RE:        Proposed Policy/Regulation Revision_____


As a result of a recent meeting of the _____I am proposing that
                                        (committee/meeting group name)
the _____ policy be revised as follows:
        (103 DOC/CMR number) (policy name)

Additions (what and why, please be specific as to which sections):

_____
_____
_____
_____
_____

Deletions (what and why, please be specific as to which sections):

_____
_____
_____
_____
_____

Additional Comments (impact of revisions, e.g., budgetary, training, etc.):

_____
_____
_____
_____
_____


cc:     Director, PDCU

Attachment #8

# Civil Rights Impact Analysis

**Purpose & Objective:**

Below is the Department of Correction's process for identifying and addressing civil rights implications of proposed regulations upon groups or individuals of protected classes.  This Civil Rights Impact Analysis is a management tool to ensure that the proposed regulation is fair and equitable and does not discriminate against members of a protected class/groups.

1.    Purpose of the Regulation: _____

_____

_____

_____

_____

_____

_____

2.    Are any of the following class/groups potentially impacted by the proposed regulation?

|  | Yes | No |
|---|---|---|
| Sex | ☐ | ☐ |
| Race | ☐ | ☐ |
| Color | ☐ | ☐ |
| Age | ☐ | ☐ |
| Gender | ☐ | ☐ |
| Ethnicity | ☐ | ☐ |
| Sexual Orientation | ☐ | ☐ |
| Religion | ☐ | ☐ |
| Creed | ☐ | ☐ |
| Ancestry | ☐ | ☐ |
| National Origin | ☐ | ☐ |
| Disability | ☐ | ☐ |
| Veteran's Status (incl. Vietnam era) | ☐ | ☐ |

3.    If you answered "yes" to any of the classes listed in section 2, what is the impact of the regulation upon those individuals or groups?

_____

_____

_____

4.      Is the impact disparate or adverse?*

☐ Yes  ☐ No

If Yes, explain:

_____
_____
_____

5.      If there is a disparate or adverse impact, what strategies or actions could eliminate, alleviate, or otherwise mitigate such adverse impact?*

Explain: _____
_____
_____

# Civil Rights Program
# Civil Rights Impact Analysis
# Certification

I, _____, as the designee for the Department of Correction's Commissioner of Correction, hereby certify that I have performed the foregoing civil rights impact analysis for 103 CMR _____, _____(title).  I swear that all of the information verified in this analysis is true and accurate to the best of my knowledge and ability.

_____          _____
Reviewing Authority                                      Date

---

* "Disparate Impact" or "Adverse Impact" means an action emanating from implementation of a regulation, which although adopted absent the intent of discriminating against a member of a protected class, nevertheless adversely affects members of a protected class.  No discriminatory intent is necessary.

* You may contact the Commonwealth of Massachusetts Office of Access and Opportunity for review and guidance.