# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DWAYNE DIGGS, ET AL.<br><br>          Plaintiffs,<br><br>v.<br><br>CAROL MICI, ET AL.,<br><br>          Defendants. | 22-cv-40003-MRG |

**PARTIALLY JOINT MOTION FOR CLASS CERTIFICATION**

The parties respectfully submit this joint motion for class certification, along with separate requests for orders pertaining to class certification. Specifically, the parties jointly seek to certify, under Rule 23(b)(3), a damages class of prisoners at Souza-Baranowski Correctional Center ("SBCC") who allege that they were subjected to excessive force by correction officers from January 10, 2020, to February 6, 2020. Plaintiffs separately also seek to certify a subclass of Black and Latinx prisoners at SBCC who allege they were subject to racial discrimination under the Equal Protection Clause; Defendants oppose the creation of this subclass. The parties jointly seek to certify, under Rule 23(b)(2), a class of prisoners at SBCC seeking injunctive relief, but do not agree on the scope and definition of this class. Plaintiffs seek to define the injunctive class as "all individuals who are now, or who will be in the future, incarcerated at Souza-Baranowski Correctional Center." Defendants seek to define the injunctive class as "all individuals who were incarcerated at SBCC who were subjected to uses of force from January 10, 2020, to February 6, 2020."

In support of this motion and their respective positions on the contested matters, the parties are jointly submitting a Memorandum in Support of Partially Joint Motion for Class Certification.

The memorandum first addresses the parties' agreed-upon motion for a damages class, then provides the parties' respective positions on the subclass and the definition of the injunctive class.

**WHEREFORE**, the parties respectfully request that the Court enter an order:

1. Certifying under Rule 23(b)(3) a damages class consisting of "all individuals incarcerated at Souza-Baranowski Correctional Center who were subjected to uses of force from January 10, 2020, to February 6, 2020";

2. Certifying, or denying certification of, a damages subclass consisting of "all Black and Latinx individuals incarcerated at Souza-Baranowski Correctional Center who were subjected to uses of force from January 10, 2020, to February 6, 2020"; and

3. Certifying under Rule 23(b)(2) a class seeking injunctive and declaratory relief as defined by either Plaintiffs' proposed definition, that is, "all individuals who are now, or who will be in the future, incarcerated at Souza-Baranowski Correctional Center," or Defendants' proposed definition, that is, "all individuals who were incarcerated at SBCC and subjected to uses of force from January 10, 2020, to February 6, 2020."

Respectfully submitted,

| | |
|---|---|
| CAROL MICI, PAUL HENDERSON, PATRICK DEPALO, CHARLES PRIMARK, STEVEN KENNEWAY, DEAN GRAY RONALD GARDNER, DONALD DENOMME, DAVID BRIEN, PAUL BIRRI, KEITH HOULE, ROBERT DESCHENE, JAMES ALLAIN, JAMES GEARIN, ROBERT D'AMADIO, JOSEPH BELLINI, JOHN MADDEN, AND EVAN LARANJO, | DWAYNE DIGGS, DEMETRIUS GOSHEN, JAMES JACKS, DAVID JACKSON, RAPHAEL REBOLLO, LUIS SALDANA, DAVONGIE STONE, XAVIER VALENTIN-SOTO, and DANAVIAN DANIEL |

By

*/s/Stephanie Caffrey (dm)*
Stephanie Caffrey (BBO # 697075)
Brittni Wipper (BBO # 696783)
Massachusetts Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110
stephanie.m.caffrey@doc.state.ma.us
(617) 727-3300

*Counsel for Defendants*

By

*/s/ David Milton*
Lauren Petit (BBO # 640410)
James R. Pingeon (BBO # 541852)
David Milton (BBO # 668908)
Kristyn J.E. Huey (BBO # 686668)
**Prisoners' Legal Services of Massachusetts**
50 Federal Street, 4th Floor
Boston, MA 02110
lpetit@plsma.org
jpingeon@plsma.org
dmilton@plsma.org
khuey@plsma.org

Anthony E. Fuller (BBO # 633246)
Gregory F. Noonan (BBO # 651035)
Alexandra G. Watson (BBO # 676145)
Courtney A. Caruso (BBO # 687642)
Kayla H. Ghantous (BBO # 709197)
**Hogan Lovells US LLP**
125 High Street, Suite 2010
Boston, MA 02110
anthony.fuller@hoganlovells.com
gregory.noonan@hoganlovells.com
alexandra.bailey@hoganlovells.com
courtney.caruso@hoganlovells.com
kayla.ghantous@hoganlovells.com
(617) 371-1000

*Counsel for Plaintiffs*

## RULE 7.1(a)(2) CERTIFICATE

I hereby certify that the parties have conferred and have attempted in good faith to resolve or narrow the issues on which they do not agree.

Date:   November 20, 2023                                       /s/ David Milton
                                                                David Milton (BBO # 668908)


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on the above date.

Date:   November 20, 2023                                       /s/ David Milton
                                                                David Milton (BBO # 668908)