UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 4:22-cv-40003

DWAYNE DIGGS, DEMETRIUS GOSHEN,
JAMES JACKS, DAVID JACKSON,
RAPHAEL REBOLLO, LUIS SALDANA,
DAVONGIE STONE, XAVIER
VALENTIN-SOTO, and DANAVIAN DANIEL,

    Plaintiffs,

V.

CAROL MICI, Commissioner of the Massachusetts
Department of Correction; PAUL HENDERSON,
former Deputy Commissioner of Field Services;
CHARLES PRIMACK, Director of Special
Operations; STEVEN KENNEWAY, former
Superintendent of Souza-Baranowski Correctional
Center; DEAN GRAY, Superintendent of
Souza-Baranowski Correctional Center; Captains
DONALD DENOMME and DAVID BRIEN;
Lieutenants PAUL BIRRI, KEITH HOULE,
ROBERT DESCHENNE, JAMES ALLAIN, and
JAMES GEARIN; Sergeant ROBERT D'AMADIO;
Correction Officers JOSEPH BELLINI and
JOHN MADDEN; and K9 Officer EVAN LARANJO,

    Defendants.

## JOINT MOTION TO STAY ALL PRETRIAL DEADLINES

Jointly, the parties respectfully move the Court to stay all pretrial deadlines in the scheduling order pending resolution of outstanding matters before the Court, specifically Plaintiffs' Motion to Compel Documents and Interrogatory Answers and the Partially Joint Motion for Class Certification. As reasons therefor, the parties state as follows:

1. This is a putative class action brought by nine (9) present and former Department of Correction incarcerated individuals against eighteen (18) present and former

    Department of Correction employees, including Commissioner Carol Mici and other high-ranking correction officials.

2. The case arises out of an approximately six-week period in January and February 2020 following a serious assault on several DOC correction officers. Plaintiffs allege that after the assault, and consistent with an ongoing pattern of excessive force at Souza-Baranowski Correctional Center, Defendants and other officers engaged in a campaign of unconstitutional retaliatory violence against more than 100 incarcerated individuals. Plaintiffs also allege that the violence was racially motivated in violation of the Equal Protection Clause. Defendants deny these allegations.

3. The parties have engaged in voluminous and complex discovery, including tens of thousands of pages of documents, hundreds of hours of video footage, interrogatories on each respective named Defendants, and 17 depositions to date, with significantly more anticipated, including up to 33 more depositions. Discovery is so extensive because Plaintiffs are litigating not only on their own behalf but on behalf of putative class members, as well as Plaintiffs' claims for injunctive relief.

4. On August 25, 2023, Plaintiffs filed their Motion to Compel Documents and Interrogatory Answers (Dkt. No. 46) asking the Court for an order compelling:

    a. All Defendants to produce documents responsive to 13 of Plaintiffs' Request for Production Nos. 3, 48-49, 55, 59-60, 68-71, 75, 83, and 87;

    b. Defendant Carol Mici to fully answer Interrogatory No. 21 from Plaintiffs' First Set of Interrogatories to Defendant Carol Mici in Her Individual and Official Capacities;

    c. Defendants Paul Henderson, Patrick DePalo, Charles Primack, Steven Kenneway, Dean Gray, Ronald Gardner, Donald Denomme, David Brien, Paul Birri, Keith Houle, Robert Deschene, James Allain, James Gearin, Robert D'Amadio, Joseph Bellini, and John Madden to fully answer Interrogatory No. 2 from Plaintiffs' First Set of Interrogatories to Defendants; and

    d. Defendants Allain, DePalo, and Henderson to fully answer Interrogatory No. 14 from Plaintiffs' First Set of Interrogatories to Defendants.

5. On September 15, 2023, Defendants filed their Opposition to Plaintiffs' Motion to Compel Documents and Interrogatory Answers. (Dkt. No. 53).

6. On September 22, 2023, Plaintiffs filed a reply. (Dkt. No. 57).

7. On December 11, 2023, Plaintiffs filed a Motion for Leave to File a Supplemental Exhibit to their motion to compel. (Dkt. No. 67). Additionally, on November 20, 2023, the parties filed a Partially Joint Motion for Class Certification. (Dkt. No. 65). Specifically, the parties jointly seek to certify, under Rule 23(b)(3), a damages class of incarcerated individuals at Souza-Baranowski Correctional Center ("SBCC") who allege that they were subjected to excessive force by correction officers from January 10, 2020, to February 6, 2020. Plaintiffs separately also seek to certify a subclass of Black and Latinx incarcerated individuals at SBCC who allege they were subject to racial discrimination under the Equal Protection Clause; Defendants oppose the creation of this subclass. The parties jointly seek to certify, under Rule 23(b)(2), a class of incarcerated individuals at SBCC seeking injunctive relief, but do not agree on the scope and definition of this class. In support of this motion and their respective

positions on the contested matters, the parties jointly submitted a Memorandum in Support of Partially Joint Motion for Class Certification.

8. To date, there have been no rulings on Plaintiffs' Motion to Compel Documents and Interrogatory Answers or the Partially Joint Motion for Class Certification.

9. The current discovery and motion schedule, which the Court entered on March 22, 2023, (Dkt. No. 42) is as follows:

| Event | Date |
| --- | --- |
| Deadline to file motion for class certification | October 12, 2023[1] |
| Deadline to file opposition to motion for class certification | December 12, 2023 |
| Last day to serve Written Discovery (i.e., interrogatories and document requests) served. The parties may stipulate to extend this date under Rule 29 provided that doing so does not affect the other scheduling deadlines, which may be amended on a showing of good cause. | January 22, 2024 |
| Deadline to file reply in support of motion for class certification | February 21, 2024 |
| Fact Discovery (except for Requests for Admission) ends. | March 29, 2024 |
| Last day to serve Requests for Admission. | March 29, 2024 |
| Initial Expert Reports (on any issues for which a party has the burden of proof) served. | April 12, 2024 |
| Rebuttal Expert Reports (on issues for which a party does not have the burden of proof) served. | May 3, 2024 |
| Expert Discovery ends. | June 14, 2024 |
| Deadline to file dispositive motions | July 8, 2024 |

---

[1] The parties submitted a Joint Motion to Extend Deadline to File Motion for Class Certification to November 13, 2023. Dkt. No. 61. The parties then submitted a Joint Motion to Extend Deadline to File Motion for Class Certification by One Week. Dkt. No. 63.

| Deadline to file oppositions to dispositive motions | August 5, 2024 |
| --- | --- |
| Deadline to file reply briefs in support of dispositive motions | September 4, 2024 |
| Status Conference | On or about March 28, 2024 or at the Court's convenience |

10. Of the 17 depositions conducted to date, the majority have been suspended over Defendants' objection, pending resolution of outstanding discovery issues, specifically Plaintiffs' Motion to Compel Documents and Interrogatory Answers.

11. Furthermore, it is the parties' position that fact discovery cannot be completed until after such time that the class is certified and discovery disputes have been resolved.

12. The Court's ruling on Plaintiffs' Motion to Compel Documents and Interrogatory Answers and Partially Joint Motion for Class Certification will dictate the amount of time the parties will need to meet pretrial deadlines. As such, the parties agree to submit a new joint scheduling order upon resolution of the pending motions.

**WHEREFORE,** the parties respectfully request that the Court enter an order to stay all discovery and motion deadlines pending resolution of the outstanding motions and entry of a new scheduling order.

Respectfully submitted,

| | |
|---|---|
| CAROL MICI, PAUL HENDERSON, PATRICK DEPALO, CHARLES PRIMARK, STEVEN KENNEWAY, DEAN GRAY RONALD GARDNER, DONALD DENOMME, DAVID BRIEN, PAUL BIRRI, KEITH HOULE, ROBERT DESCHENE, JAMES ALLAIN, JAMES GEARIN, ROBERT D'AMADIO, JOSEPH BELLINI, JOHN MADDEN, AND EVAN LARANJO, | DWAYNE DIGGS, DEMETRIUS GOSHEN, JAMES JACKS, DAVID JACKSON, RAPHAEL REBOLLO, LUIS SALDANA, DAVONGIE STONE, XAVIER VALENTIN-SOTO, and DANAVIAN DANIEL |

By

*/s/ Stephanie M. Caffrey*
Stephanie M. Caffrey (BBO# 697075)
Brittni Wipper (BBO# 696783)
Massachusetts Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110
stephanie.m.caffrey@doc.state.ma.us
brittni.wipper@doc.state.ma.us
(617) 727-3300
*Counsel for Defendants*

By

*/s /Lauren Petit*
Lauren Petit (BBO # 640410)
James R. Pingeon (BBO # 541852)
David Milton (BBO # 668908)
Kristyn J.E. Huey (BBO # 686668)
**Prisoners' Legal Services of Massachusetts**
50 Federal Street, 4th Floor
Boston, MA 02110
lpetit@plsma.org
jpingeon@plsma.org
dmilton@plsma.org
khuey@plsma.org

Anthony E. Fuller (BBO # 633246)
Gregory F. Noonan (BBO # 651035)
Alexandra G. Watson (BBO # 676145)
Courtney A. Caruso (BBO # 687642)
Kayla H. Ghantous (BBO # 709197)
**Hogan Lovells US LLP**
125 High Street, Suite 2010
Boston, MA 02110
anthony.fuller@hoganlovells.com
gregory.noonan@hoganlovells.com
alexandra.bailey@hoganlovells.com
courtney.caruso@hoganlovells.com
kayla.ghantous@hoganlovells.com
(617) 371-1000C
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on the above date.

| | |
|---|---|
| January 22, 2024 | /s/ *Stephanie M. Caffrey* |
| Date | Stephanie M. Caffrey (BBO #697075) |