UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DWAYNE DIGGS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CAROL MICI, ET AL., <br><br> Defendants. | 22-cv-40003-MRG |

**PLAINTIFFS' MOTION TO (1) ENFORCE COMPLIANCE WITH ORDER ON MOTION TO COMPEL, AND (2) COMPEL ADDITIONAL DOCUMENTS**

Pursuant to Local Rules 7.1 and 37.1(b), and Fed. R. Civ. P. 7(b), 26 and 37, Plaintiffs respectfully submit this motion (1) to enforce compliance with this Court's April 12, 2024 Order on Plaintiffs' Motion to Compel, ECF No. 75, and (2) to compel Defendants to produce all responsive documents that Defendants are withholding but for which they have not produced a privilege log or otherwise stated the basis for withholding.

Specifically, Plaintiffs request that the Court issue an order

(1) Requiring Defendants to fully comply, within the timeframe provided in item (2) below, with this Court's April 12, 2024 Order compelling Defendants to produce all emails on or after February 6, 2020 concerning the Lockdown Period;

(2) Requiring Defendants to run all email searches to which the parties agreed on October 23, 2024 (Declaration of David Milton, Exhibit 2), beginning with emails from the year 2020, and to begin producing documents on a

rolling basis within one week, with production of all emails from 2020 to be complete within three weeks of the order, and emails from all subsequent years to be produced within two weeks of production of all emails from 2020 (i.e., no more than five weeks of the Court's order);

(3) Requiring Defendants to produce, within two weeks of the Court's order, all documents they are withholding that are responsive to any of Plaintiffs' document requests for which Defendants have not produced a privilege log, including but not limited to (a) all email attachments listed on Plaintiffs' counsel's December 5, 2023 letter (Declaration of David Milton, Exhibit 4); (b) the Yellow and Red Folders referred to in that letter; and (c) all unidentified documents being withheld; and

(4) Deeming that any claim of privilege or other protection regarding any of these withheld documents, or any of the emails required to be produced by this Order, has been waived.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of David Milton, and the accompanying exhibits.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Date: February 3, 2025 | PLAINTIFFS, |
|  | By their attorneys, |

*/s/ David Milton*
Lauren Petit (BBO # 640410)
James R. Pingeon (BBO # 541852)
David Milton (BBO # 668908)
Kristyn J.E. Huey (BBO # 686668)
Rachel C. Talamo (BBO #713707)
**Prisoners' Legal Services of Massachusetts**
50 Federal Street, 4th Floor
Boston, MA 02110
lpetit@plsma.org
jpingeon@plsma.org
dmilton@plsma.org
khuey@plsma.org
rtalamo@plsma.org
(617) 482-2773

Anthony E. Fuller (BBO # 633246)
Gregory F. Noonan (BBO # 651035)
Alexandra Bailey (BBO # 676145)
Courtney A. Caruso (BBO # 687642)
Kayla H. Ghantous (BBO # 709197)
**Hogan Lovells US LLP**
125 High Street, Suite 2010
Boston, MA 02110
anthony.fuller@hoganlovells.com
gregory.noonan@hoganlovells.com
alexandra.bailey@hoganlovells.com
courtney.caruso@hoganlovells.com
kayla.ghantous@hoganlovells.com
(617) 371-1000

**CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

            */s/ David Milton*
            David Milton (BBO # 668908)