# CLASS ACTION CLAIM FORM

*Diggs, et al., v. Mici, et al.*, 4:22 CV 40003 MRG

**This Claim Form must be completed and sent so it is received by the Claims Administrator no later than tk, 2025, for it to be considered.**

**DO NOT DELAY.**

**You must fill out all sections (Steps 1-5) for your claim to be considered.**

## Step 1: PERSONAL INFORMATION

Your Name: _____

Date of Birth: _____

DOC ID # _____

Street Address: _____

Town, State, Zip code: _____

Telephone number: _____

E-mail address: _____


Contact information of someone who will always know how to reach you (family member/friend/guardian/personal representative contact):

Name/ relationship_____

Street Address: _____

Town, State, Zip code: _____

Telephone number: _____

E-mail address: _____

| Step 2: STATE WHAT HAPPENED TO YOU AT SBCC IN JAN.-FEB. 2020 |
|---|

**Check either box that applies to you (or both boxes, if both apply).**

- ❑ I was part of the group from SBCC Unit N-1 who was forced to kneel for an extended period of time on January 10, 2020.

- ❑ The Department of Correction staff used force on me during the period from January 10, 2020, to February 6, 2020.

If the box or boxes checked do not match the parties' records, you will receive a notice with instructions to provide additional information about what happened to you.

| Step 3. RACIAL/ETHNIC IDENTIFICATION |
|---|

I identify as the following (check all that apply):

- ❑ Black/African American
- ❑ Hispanic/Latinx
- ❑ White
- ❑ Asian
- ❑ Native American/Alaska Native
- ❑ Native Hawaiian or other Pacific Islander
- ❑ Other: _____

If the box or boxes checked do not match the parties' records, you will receive a notice with instructions to provide additional information.

### Step 4. SUBSTITUTE W-9 REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION

You **must** have a valid Social Security Number or Taxpayer Identification Number in order to receive payment. Provide this in the boxes below:



**For most individuals, this is your Social Security Number.**

*Backup Withholding:* Backup withholding is a type of federal tax withholding on specific types of income such as interest payments, dividends, commissions, royalties, and more. Most taxpayers are not subject to backup withholding. Backup withholding is NOT money owed to the Commonwealth of Massachusetts.

Under penalties of perjury, I certify (by my signature in Step 5, below) that (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and (2) I am **NOT** subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and (3) that I am a U.S. person, defined as an individual who is a U.S. citizen or U.S. resident alien, or an estate.

If you have been notified by the IRS that you are subject to backup withholding, you must cross out the entire paragraph above. If you do not cross out the entire paragraph above, you will not be considered subject to backup withholding. If you are unsure whether or not this applies to you, contact the Internal Revenue Service.

### Step 5. SIGN UNDER PAINS AND PENALTIES OF PERJURY THAT ALL INFORMATION IN THIS FORM IS CORRECT

By signing this form below, I certify that

1. I am the person identified above (in Step 1), or the guardian or personal representative of the person identified above;
2. The information I provide above (the box or boxes I checked in Step 2) about what happened to me is true and accurate;
3. The information I provide about my racial/ethnic identity (the box or boxes checked in Step 3) is true and accurate;
4. The taxpayer information and certifications I provide above (in Step 4) are true and accurate. *The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. These certifications appear above in Step 4;* and
5. I will accept, and be limited to, the formula for damages approved by the Court.

**I declare under the pains and penalties of perjury that all of the information provided on this form is true and correct:**

Date: _____    Signature:_____

If you are the guardian or personal representative of the Class Member named in this form, please indicate which, print, and sign your full name **and** provide a copy of the documentation of your legal appointment as guardian or personal representative.

- ❑ Guardian
- ❑ Personal Representative

_____        _____
Printed full name                                              Signed full name

Date: _____

|**Step 6. MAIL THIS FORM SO THAT IT IS RECEIVED BY TK**|
|---|

**Mail this form to:**   tk Claims Administrator

**If you move, you must notify the Claims Administrator in writing so that your check will be sent to your new address.** You must cash your check within one (1) year of the date the check was issued. All questions regarding this lawsuit or the settlement should be sent by mail to the Claims Administrator at the address above, or by phone at tk.