# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DWAYNE DIGGS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CAROL MICI, ET AL., <br><br> Defendants. | 22-cv-40003-MRG |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Rules 54(d)(2) and 23(h) of the Federal Rules of Civil Procedure, and in accordance with the Settlement Agreement in this class action, Plaintiffs respectfully move the Court for an award of reasonable attorneys' fees and litigation expenses incurred in this action, in the amount of $986,397 in attorneys' fees and $13,603 in costs, for a combined $1,000,000, to be paid to Plaintiffs' counsel Prisoners' Legal Services out of the total settlement amount of $6,750,000, at the same time that payments under the Settlement Agreement are initially made to Class Members. In support of this motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, the Declaration of David Milton in Support of Joint Motion for Final Approval of Class Settlement and Plaintiffs' Motion for Attorneys' Fees And Costs, and the Declaration of Caroline Barazesh. A proposed order is attached to this motion.

| | |
|---|---|
| Date: September 12, 2025 | Respectfully submitted,<br><br>PLAINTIFFS,<br><br>DWAYNE DIGGS, DEMETRIUS GOSHEN, JAMES JACKS, DAVID JACKSON, RAPHAEL REBOLLO, LUIS SALDANA, DAVONGIE STONE, XAVIER VALENTIN-SOTO, and DANAVIAN DANIEL<br><br>By their attorneys,<br><br>*/s/ David Milton*<br>Lauren Petit (BBO # 640410)<br>David Milton (BBO # 668908)<br>Kristyn J.E. Huey (BBO # 686668)<br>Rachel C. Talamo (BBO # 713707)<br>**Prisoners' Legal Services of Massachusetts**<br>50 Federal Street, 4th Floor<br>Boston, MA 02110<br>lpetit@plsma.org<br>dmilton@plsma.org<br>khuey@plsma.org<br>rtalamo@plsma.org<br><br>Anthony E. Fuller (BBO # 633246)<br>Gregory F. Noonan (BBO # 651035)<br>Alexandra G. Watson (BBO # 676145)<br>Courtney A. Caruso (BBO # 687642)<br>Kayla H. Ghantous (BBO # 709197)<br>Fleming Farrell (admitted *pro hac vice*; D.C. Bar No. 90004877)<br>**Hogan Lovells US LLP**<br>125 High Street, Suite 2010<br>(617) 371-1000<br>anthony.fuller@hoganlovells.com<br>gregory.noonan@hoganlovells.com<br>alexandra.bailey@hoganlovells.com<br>courtney.caruso@hoganlovells.com<br>kayla.ghantous@hoganlovells.com<br>fleming.farrell@hoganlovells.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ David Milton*
David Milton (BBO # 668908)

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that counsel for Plaintiffs conferred with counsel for Defendants, who take no position on this Motion.

*/s/ David Milton*
David Milton (BBO # 668908)