**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DWAYNE DIGGS, ET AL.,<br>Plaintiffs,<br>v.<br>CAROL MICI, ET AL.,<br>Defendants. | 22-cv-40003-MRG |

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS**

GUZMAN, D.J.

Plaintiffs' have filed a Motion for Attorneys' Fees and Costs in this class action. In accordance with the Settlement Agreement ("the Agreement"), Plaintiffs request fees and costs totaling $1,000,000, to be paid to Plaintiffs' counsel Prisoners' Legal Services out of the total $6,750,000 settlement fund. The $1,000,000 combined amount consists of $986,397 in attorneys' fees and $13,603 in costs.

The Court held a hearing on the motion, along with the parties' Joint Motion for Final Approval of Class Settlement ("Joint Motion"), on October 24, 2025. Upon review and consideration of Plaintiffs' motion and memorandum in support thereof, the Declaration of David Milton, Plaintiffs' Memorandum in Support of Joint Motion for Final Approval of Class Settlement, and the accompanying declarations and exhibits, the Court **ALLOWS** the Plaintiffs' Motion for Attorneys' Fees and Costs and **ORDERS** as follows:

Pursuant to Fed. R. Civ. P. 23(h)(3), the Court makes the following findings of fact and legal conclusions under Fed. R. Civ. P. 52(a) in approving Motion for Attorneys' Fees and Costs.

1. I find that the requested attorneys' fees is reasonable after consideration of the following factors: (a) the substantial size of the fund created and the number of persons benefitted; (2) the lack of any objections from the class; (3) the skill and efficiency of Class Counsel in achieving highly favorable results for the class; (4) the complexity and duration of the litigation; (5) the financial risks of nonpayment taken on by Class Counsel; (6) the amount of time devoted to the case by Class Counsel, including the fact that the lodestar amount is greater than the requested fee; and (7) the awards in similar cases, which in this Circuit are typically greater, as a percentage of the common fund, than the 15% sought by Class Counsel here.
2. Pursuant to Rule 23(h), class members were informed about and offered an opportunity to object to the fee request, and this Court held a hearing on the Motion. No Class Member objected to the fee request or any other aspect of the settlement.
3. In light of the foregoing, this Court finds and concludes that Prisoners' Legal Services' requested award of $986,397 in attorneys' fees is reasonable. The Court also finds that the requested award of $13,603 in costs to Prisoners' Legal Services is reasonable.

Accordingly, Plaintiffs' Motion for Attorney's Fees and Costs is **GRANTED**, and the Court **ORDERS** that payment of $986,397 in attorneys' fees and $13,603 in costs be paid to Prisoners' Legal Services out of the total settlement amount of $6,750,000 at the same time as distributions are initially made to Class Members.

**IT IS SO ORDERED.**

Dated: October 24, 2025

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
United States District Judge